CO-386-online
10/03



# United States District Court
# For the District of Columbia

FILED
APR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3D GLOBAL SOLUTIONS, INC.      )
                                )
                                )
                                )     CASE NUMBER  1:06CV00722
              Plaintiff         )  Civil Actic
        vs                      )     JUDGE: Gladys Kessler
                                )
MVM, INC.                       )
                                )     DECK TYPE: Contract
                                )
              Defendant         )     DATE STAMP: 04/21/2006

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __3D Global Solutions, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __3D Global Solutions, Inc.__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__452341__
BAR IDENTIFICATION NO.

Athan T. Tsimpedes
Print Name

__1420 New York Avenue, NW   7th Floor__
Address

__Washington, DC    20005__
City          State       Zip Code

__202-638-2100__
Phone Number