IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| 3D GLOBAL SOLUTIONS, INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> MVM, INC., ) <br> 1593 Spring Hill Road ) <br> Suite 700 ) <br> Vienna, Virginia 22182 ) <br> ) <br> *Defendant*. ) <br> ) | Case No. 1:06cv00722 (GK) |

## CONSENT MOTION AND ORDER FOR
## ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADINGS

Defendant MVM, Inc. ("MVM"), by and through its undersigned counsel and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, hereby respectfully requests this Court to enlarge the time in which MVM may file pleadings in response to the Complaint filed by Plaintiff 3D Global Solutions, Inc. ("3D Global") by fourteen (14) days. Counsel for MVM represents that counsel for 3D Global consents to this extension and authorizes such a representation to this Court; and

IT APPEARING TO THE COURT that MVM's response to 3D Global's Complaint is due on Monday, June 5, 2006; it is therefore

1

ORDERED that MVM, Inc. have until Monday, June 19, 2006 to file a response to the Complaint of 3D Global Solutions, Inc.

ENTERED this _____ day of _____, 2006.

_____
United States District Court Judge

WE ASK FOR THIS:

MVM, INC.

By Counsel

**MCGUIREWOODS LLP**

By: _/s/ Sean F. Murphy_
Sean F. Murphy (D.C. Bar No. 457599)
Anand V. Ramana (D.C. Bar No. 489478)
1750 Tysons Boulevard, Suite 1800
Tysons Corner
McLean, VA 22101-3892
Tel: (703) 712-5000
Fax: (703) 712-5050

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2006, I served a true and correct copy of the foregoing document via overnight delivery and electronic mail on:

>Athan T. Tsimpedes, Esq.
>Law Offices of Athan T. Tsimpedes
>7th Floor
>1420 New York Avenue, N.W.
>Washington, D.C. 20005
>atsimpedes@comcast.net
>*Counsel for 3D Global Solutions, Inc.*

_____
Anand V. Ramana