## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC., )<br><br>   *Plaintiff,* )<br><br>   v. )<br><br>MVM, INC., )<br>1593 Spring Hill Road )<br>Suite 700 )<br>Vienna, Virginia 22182 )<br><br>   *Defendant.* ) | Case No. 1:06cv00722 (GK) |

## CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS
## DISCLOSURE CERTIFICATION

I, the undersigned, counsel of record for Defendant MVM, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of MVM, Inc. which have any outstanding securities in the hands of the public:

**NONE.**

These representations are made in order that judges of this court may determine the need for recusal.

**MCGUIREWOODS LLP**

By: _____

Sean F. Murphy  (D.C. Bar No. 457599)
Anand V. Ramana (D.C. Bar No. 489478)
1750 Tysons Boulevard, Suite 1800
McLean, VA  22101-3892
Tel:  (703) 712-5000
Fax:  (703) 712-5050
*Counsel for MVM, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2006, I served a true and correct copy of the foregoing document via first-class U.S. mail and electronic mail on:

> Athan T. Tsimpedes, Esq.
> Law Offices of Athan T. Tsimpedes
> 7th Floor
> 1420 New York Avenue, N.W.
> Washington, D.C. 20005
> atsimpedes@comcast.net
> *Counsel for 3D Global Solutions, Inc.*

_____
Anand V. Ramana