IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> MVM, INC., ) <br> 1593 Spring Hill Road ) <br> Suite 700 ) <br> Vienna, Virginia 22182 ) <br> *Defendant*. ) <br> ) | Case No. 1:06cv00722 (GK) |

## DEFENDANT'S MOTION TO DISMISS

COMES NOW, Defendant MVM, Inc. ("MVM"), by and through its undersigned counsel and pursuant to Rules 7 and 12(b)(6) of the Federal Rules of Civil Procedure, and respectfully moves this Court to dismiss with prejudice Counts Two, Three, Four, Five, Six, Seven, and Eight of the Complaint because Plaintiff 3D Global Solutions, Inc. ("3D Global") has failed to state a claim upon which relief can be granted for each of these Counts.

WHEREFORE, for the reasons stated in this Motion and in the accompanying Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss, Defendant MVM, Inc. respectfully requests that this Court (1) order the dismissal of Counts Two through Eight of the Complaint with prejudice, and (2) award any other relief as this Court may deem just and appropriate.

Dated: June 19, 2006                                Respectfully Submitted,

                                                                             **MVM, INC.**

By Counsel

**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
McLean, VA 22101-3892
Tel: (703) 712-5000
Fax: (703) 712-5050

By: _____
Sean F. Murphy, Esq. (D.C. Bar No. 457599)
Anand V. Ramana, Esq. (D.C. Bar No. 489478)

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2006, I served a true and correct copy of the foregoing document via first-class U.S. mail and electronic mail on:

> Athan T. Tsimpedes, Esq.
> Law Offices of Athan T. Tsimpedes
> 7th Floor
> 1420 New York Avenue, N.W.
> Washington, D.C. 20005

_____
Anand V. Ramana