IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MVM, INC., <br> 1593 Spring Hill Road <br> Suite 700 <br> Vienna, Virginia 22182 <br><br> *Defendant.* | Case No. 1:06cv00722 (GK) |

## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant MVM, Inc. ("MVM"), by counsel, and pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56.1, moves this Court for partial summary judgment on the breach of contract claim in Count One of the Complaint of Plaintiff 3D Global Solutions, Inc. ("3D").

The October 12, 2005 contract that 3D alleges as the controlling contract, attached to the Complaint as Exhibit 1, is not the contract between 3D and MVM for the provision of security guards for the U.S. embassy in Kabul, Afghanistan, that 3D claims MVM has breached. Instead, 3D attached a contract between 3D and MVM for the provision of security guards in Iraq and other countries – a contract 3D does not allege that MVM breached. Accordingly, 3D has not stated a breach of contract claim against MVM under the October 12, 2005 contract and, therefore, that claim should be dismissed with prejudice.

WHEREFORE, for the reasons stated in this Motion and in the accompanying Memorandum of Points and Authorities in Support of Defendant's Motion for Partial Summary

Judgment, Defendant MVM, Inc. respectfully requests that this Court (1) grant partial summary judgment on Count One of the Complaint in favor of Defendant MVM, Inc., and (2) award any other relief as this Court may deem just and appropriate.

Dated: June 19, 2006

Respectfully Submitted,

**MVM, INC.**

By Counsel

**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
McLean, VA 22101-3892
Tel: (703) 712-5000
Fax: (703) 712-5050

By: _/s/ Sean F. Murphy_
Sean F. Murphy, Esq. (D.C. Bar No. 457599)
Anand V. Ramana, Esq. (D.C. Bar No. 489478)

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2006, I served a true and correct copy of the foregoing document via first-class U.S. mail and electronic mail on:

> Athan T. Tsimpedes, Esq.
> Law Offices of Athan T. Tsimpedes
> 7th Floor
> 1420 New York Avenue, N.W.
> Washington, D.C. 20005

_____
Anand V. Ramana