IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| 3D GLOBAL SOLUTIONS, INC. | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 06cv00722 (GK) |
| MVM, INC. | : | |
| Defendant | : | |

**CONSENT MOTION AND ORDER FOR
ENLARGEMENT OF TIME TO FILE OPPOSITIONS**

Plaintiff 3D Global Solutions Inc. ("3D") by and through its undersigned counsel and pursuant to Rule 6(b)( I) of the Federal Rules of Civil Procedure, hereby respectfully requests this Court to enlarge the time in which 3D may file its Oppositions in response to the Motion to Dismiss and Motion for Partial Summary Judgment filed by Defendant MVM, Inc. (MVM") by fourteen (14) days. Counsel for 3D represents that counsel for MVM consents to this extension and authorizes such a representation to this Court; and

IT APPEARING TO THE COURT that 3D's response to MVM's Motion to Dismiss and Motion for Partial Summary Judgment is due on Monday, July 5, 2006; it is therefore

ORDERED that 3D Global Solutions, Inc. shall have until Wednesday, July 19, 2006 to file Oppositions to MVM, Inc.'s Motion to Dismiss and Motion for Partial Summary Judgment filed in this matter.

ENTERED this _____ day of _____ 2006.

_____
JUDGE, United States District Court

**WE ASK FOR THIS:**

**3D Global Solutions, Inc.**

By Counsel

By: _____/s/_____
Athan T. Tsimpedes, Esq.
Bar no. 452341
Law Offices of Athan T. Tsimpedes
1420 New York Avenue, NW
7th Floor
Washington. D.C. 20005
atsimpedes@comcast.net
Attorney for 3D Global Solutions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on his 5th day of July 2006, the foregoing document was sent by U.S. mail, first class, postage prepaid and electronic mail on:

McGuire Woods
Sean F. Murphy
Anand V. Ramana
1750 Tysons Boulevard, Suite 1800
Tysons Corner
McLean, VA 22101-3892


_____/s/_____
Athan T. Tsimpedes, Esq.