IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC., )<br>)<br>     *Plaintiff*, )<br>)<br>v. )<br>)<br>MVM, INC., )<br>)<br>     *Defendant*. )<br>) | Case No. 1:06cv00722 (GK) |

**JOINT MEET AND CONFER STATEMENT AND**
**JOINT MOTION TO POSTPONE THE INITIAL SCHEDULING CONFERENCE**

Defendant MVM, Inc. ("MVM") and Plaintiff 3D Global Solutions, Inc. ("3D"), by counsel and pursuant to this Court's June 22, 2006 Order Setting Initial Scheduling Conference ("June 22 Order"), hereby file their Joint Meet and Confer Statement and Joint Motion to Postpone the Initial Scheduling Conference.

3D filed its Complaint in this Court on May 16, 2006, asserting three separate contract claims and five separate tort claims against MVM, and seeking over $300,000 in compensatory damages, and $2 million in punitive damages.

On June 19, 2006, MVM filed its Motion to Dismiss and Motion for Partial Summary Judgment (collectively, the "Motions") in response to 3D's Complaint. If this Court grants these motions, all of 3D's claims will be dismissed. 3D's Opposition to MVM's Motions is due on July 19, 2006; MVM's reply brief is therefore due on July 26, 2006. MVM has also requested a hearing on the Motions.

The June 22 Order has set the Initial Scheduling Conference for 10:00 a.m. on July 19, 2006.

1

Counsel for MVM and 3D have met and conferred to discuss the matters set forth in Local Rule 16.3. Both MVM and 3D agree that this Court's decision on the Motions could terminate this case or dismiss some of 3D's claims, or it could deny the Motions in their entirety. Denial of these Motions, or dismissal of some but not all of 3D's claims, would significantly affect the scope and schedule for discovery. Therefore, both parties believe that preparation of a discovery plan is premature at this time and should be deferred until after this Court has ruled on the MVM Motions.

For these reasons, MVM and 3D, pursuant to Local Rule 16.3(c)(1), respectfully request that this Court continue the Initial Scheduling Conference for 90 days, to October 17, 2006, in order to provide this Court with enough time to rule upon MVM's Motion to Dismiss and Motion for Partial Summary Judgment. The parties will then submit a Supplemental Joint Meet and Confer Statement at least 72 hours in advance of the October 17, 2006 conference if this case is still pending after this Court's ruling on the Motions. A proposed order for the Court's consideration is attached.

Respectfully Submitted,

**MVM, INC.**
*By Counsel*

**3D GLOBAL SOLUTIONS, INC.**
*By Counsel*

**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
McLean, VA 22101-3892
Tel: (703) 712-5000
Fax: (703) 712-5050
*Counsel for MVM, Inc.*

_____
Sean F. Murphy (D.C. Bar No. 457599)
Anand V. Ramana (D.C. Bar No. 489478)


**LAW OFFICES OF ATHAN T. TSIMPEDES**
1420 New York Avenue, N.W., 7th Floor
Washington, D.C. 20005
Tel:   (202) 638-2100
Fax:   (202) 449-3499
*Counsel for 3D Global Solutions, Inc.*


_____
Athan T. Tsimpedes (D.C. Bar No. 452341)

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2006, I served a true and correct copy of the foregoing pleading via first-class U.S. mail and electronic mail on:

Athan T. Tsimpedes, Esq.
Law Offices of Athan T. Tsimpedes
7th Floor
1420 New York Avenue, N.W.
Washington, D.C. 20005
atsimpedes@comcast.net
*Counsel for 3D Global Solutions, Inc.*

_____
Anand V. Ramana