**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| 3D GLOBAL SOLUTIONS, INC., | ) |
| *Plaintiff,* | ) |
| v. | )     Case No. 1:06cv00722 (GK) |
| MVM, INC., | ) |
| *Defendant.* | ) |

## SCHEDULING ORDER

THIS MATTER is before the Court on the Joint Motion to Postpone the Initial Scheduling Conference submitted jointly by Defendant MVM, Inc. and Plaintiff 3D Global Solutions, Inc.; and

IT APPEARING to the Court that for good cause shown the Joint Motion to Postpone the Initial Scheduling Conference should be granted; it is therefore

ORDERED that the Joint Motion to Postpone the Initial Scheduling Conference is GRANTED; and it is

FURTHER ORDERED that the Initial Scheduling Conference in this matter be continued to October 17, 2006 at 10:00 a.m.; and it is

FURTHER ORDERED that the parties will file with this Court a Supplemental Joint Meet and Confer Statement no later than 72 hours prior to the October 17, 2006 Initial Scheduling Conference.

ENTERED this ____ day of July, 2006.

_____
Judge Gladys Kessler
United States District Court Judge