UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **3D GLOBAL SOLUTIONS, INC.** ) <br> ) <br> **Plaintiff** ) <br> v. ) <br> ) <br> **MVM, INC.** ) <br> ) <br> **Defendant** ) <br> _____ ) | Civil Action No. 1:06-cv-722(GK) |

## PLAINTIFF'S OPPOSITION TO DEFENDANT MVM, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, 3D Global Solutions, Inc., submits its opposition[1] to Defendant MVM, Inc.'s Motion for Partial Summary Judgment. In support, Plaintiff submits the accompanying Memorandum of Points and Authorities and states the following but not limited reasons:

1. The October 12, 2005 agreement was intended to void the September 26, 2005 agreement in order to facilitate pending and future business between MVM and 3D on an ongoing basis.

2. The September 26, 2005 agreement between MVM and 3D became void upon executing the October 12, 2005 agreement.

3. MVM admits that a contractual relationship was formed with 3D.

---

[1] 3D Global Inc. is filing its opposition 1 day late due to unexpected problems with counsel's computer and scanner making the filing on July 19, 2006 impossible. 3D Global's counsel contacted counsel for MVM, Inc. last night and informed him of the events. MVM consents to this one day late filing. As a result, MVM's reply due date will be extended one day.

Respectfully submitted,

_____
Athan T. Tsimpedes
DC Bar no. 452341
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
202-638-2100
202-449-3499 (fax)
Attorney for 3D Global Inc.