UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

3D GLOBAL SOLUTIONS, INC. )
)    Civil Action No. 1:06-cv-722(GK)
)
    Plaintiff )
)
v. )
)
MVM, INC. )
)
    Defendant )
)

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Opposition and any Reply, it is this _____ day of _____, 2006 hereby DENIED; and it is

**ORDERED** that Defendant MVM's Motion for Summary Judgment is denied in its entirety.

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

Dated: _____, 2006

cc:
    Athan T. Tsimpedes
    1420 New York Avenue, NW
    7th Floor
    Washington, DC 20005
    Attorney for Plaintiff

    Sean Murphy
    Anand V. Ramana
    McGuire Woods
    1750 Tysons Blvd.
    Suite 1800
    McLean, VA 22102
    Attorney for Defendant