UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC. )<br>)<br>)<br>Plaintiff )<br>v. )<br>)<br>MVM, INC. )<br>)<br>Defendant )<br>_____) | Civil Action No. 1:06-cv-722(GK) |

## AFFIDAVIT OF MICHAEL DODD

1. I am over the age of eighteen.
2. I am the CEO and sole shareholder of 3D Global Inc. located at 12898 Pontell Place, Westfield, Indiana 46074.
3. I am familiar and have personal knowledge of the events and transactions between MVM, Inc. (hereinafter "MVM") and 3D Global Inc. (hereinafter "3D")
4. Upon information and belief, between December 2005 and March 2006 MVM wrongfully sold 3D's administrative packages that were valuable and proprietary in nature to a third party for financial gain and profit.
5. At all times relevant, 3D and MVM were in a confidential relationship. The administrative packages referred to in the complaint developed by 3D and submitted to the Federal Government located in the District of Columbia were to be kept in confidence.
6. Despite demands by 3D, MVM has failed to pay the balance of the invoices for services rendered to MVM as requested by several task orders pursuant to the October 12, 2005 agreement.
7. MVM, through its agents, represented to 3D that it was going to do more business with 3D and to make things easier instructed 3D to execute a new agreement that required task orders submitted by MVM to 3D to be performed by 3D on an ongoing basis with no mention of time or geographic location. The task orders were for recruits for third country nationals (hereinafter "TCN's") that were provided by 3D to MVM on an ongoing basis pursuant to a task order from the October 12, 2005 agreement. MVM represented the October 12, 2005 agreement was valid for any pending or future task order submitted to 3D. As a result the September 26, 2005 agreement was void after October 12, 2005.

8. 3D's administrative packets containing proprietary information of the TCN's were procured and developed by 3D and submitted to the U.S. Department of State located in the District of Columbia as part of the October 12, 2005 agreement.
9. MVM has failed to pay invoices for services rendered by 3D regarding Iraq.

I, Michael Dodd, affiant, swear under penalty of perjury that the foregoing statements contained in this affidavit are true and correct based on my personal knowledge.

_____
Michael Dodd

Dated: July 19, 2006