UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC. )<br>)<br>    Plaintiff )<br>v. )<br>)<br>MVM, INC. )<br>)<br>    Defendant )<br>_____) | Civil Action No. 1:06-cv-722(GK) |

### PLAINTIFF 3D GLOBAL SOLUTIONS, INC.'S OPPOSITION TO DEFENDANT MVM, INC.'S MOTION TO DISMISS

Plaintiff, 3D Global Solutions, Inc., submits its opposition[1] to Defendant MVM, Inc.'s Motion to Dismiss. In support, Plaintiff submits its accompanying Memorandum of Points and Authorities and states the following but not limited reasons:

1. Plaintiff's business relationship with Defendant is centered in the District of Columbia.

2. MVM, Inc. converted property belonging to 3D Global Inc. that was located in the District of Columbia.

3. The laws of the District of Columbia apply to all counts in Plaintiff's Complaint.

4. Plaintiff has sufficiently pled all causes of action in its Complaint.

---

[1] 3D Global Solutions Inc. is filing its opposition 1 day late due to unexpected problems with counsel's computer and scanner making the filing on July 19, 2006 impossible. 3D Global's counsel contacted counsel for MVM, Inc. last night and informed him of the events. MVM consents to this one day late filing. As a result, MVM's reply due date will be extended one day.

Respectfully submitted,

_____/s/_____
Athan T. Tsimpedes
DC Bar No. 452341
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
202-638-2100
202-449-3499 (fax)
Attorney for 3D Global Inc.