UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

3D GLOBAL SOLUTIONS, INC. )
)
    Plaintiff )  Civil Action No. 1:06-cv-722(GK)
)
v. )
)
MVM, INC. )
)
    Defendant )
_____)

**ORDER**

Upon consideration of Defendant's Motion to Dismiss and Plaintiff's Opposition thereto, it is this _____ day of _____, 2006, hereby DENIED; and it is further

**ORDERED** that Defendant's Motion to Dismiss is hereby DENIED.

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

Dated: _____, 2006

cc:
    Athan T. Tsimpedes, pro se
    1420 New York Avenue, NW
    7th Floor
    Washington, DC 20005
    Attorney for Plaintiff

    Sean Murphy
    Anand V. Ramana
    McGuire Woods

1750 Tysons Blvd.
Suite 1800
McLean, VA 22102
Attorney for Defendant