# EXHIBIT    2

Sep 28 05 01:04p     3D Global Solutions Inc     866-238-6761          p.1

09/29/05  08:32 FAX 703 827 0780          MVM INC.                                    ☐066

## EXHIBIT A

### TASK ORDER

In accordance with the Agreement for Recruiting Services dated September 26, 2005 by and between MVM and 3D, MVM hereby instructs 3D to recruit TCNs to fill the security personnel positions listed below:

| Number of TCNs | Type of Position to be Filled |
|---|---|
| 65 | TCN Guard |

TCNs covered by this Task Order shall report to *Jorge Chavez International Airport, Lima, Peru* on or about *10 November 2005* for deployment to Kabul, Afghanistan.

All of the requirements in Section B of the Agreement for Recruiting Services must be met.

AGREED:

MVM, INC.

Signature: _____

Name: ROBERT L. RUBEN

Title: Senior Vice President

Date: 28 SEPT 05

3D GLOBAL SOLUTIONS INC.

Signature: _____

Name: Mike Dodd

Title: CEO

Date: 9/29/05

Oct 04 05 12:15p      3D Global Solutions Inc    866-238-6761            p.1

**EXHIBIT A**

**TASK ORDER**

**Task Order Number: 002**                          Oct  4

In accordance with the Agreement for Recruiting Services dated September 26, 2005 by
and between MVM and 3D, MVM hereby instructs 3D to recruit TCNs to fill the
security personnel positions listed below:

| Number of TCNs | Type of Position to be Filled |
|---|---|
|  | TCN Guard |
| 145 | TCN Senior Guard |
| 20 | |

TCNs covered by this Task Order shall report to *Jorge Chavez International Airport,*
*Lima, Peru* on or about *10 November 2005* for deployment to Kabul, Afghanistan.

All of the requirements in Section B of the Agreement for Recruiting Services must be
met.

**AGREED:**

**MVM, INC.**

Signature:

Name:     ROBERT L RUBEN,

Title:     S VP

Date:     03 OCT 05

**3D GLOBAL SOLUTIONS INC.**

Signature:

Name:     Mike Dodd

Title:     CEO

Date:     10/4/05

EXHIBIT B

TASK ORDER No. 01

In accordance with the Agreement for Recruiting Services dated October 12, 2005 by and between MVM and 3D, MVM hereby instructs 3D to recruit TCNs to fill the security personnel positions listed Below:

| Number of TCNs | Type of Position to be Filled |
|---|---|
| 8 | Senior Guard II |
| 74 | Guard |

Additional Qualifications per the Proposal and Prime Contract:

10 % of the TCN personnel recruited by 3D must have a spoken ability in English to a standard of State Department Level 2 or higher, as specified:

Speaking Level 2 (Limited Working Proficiency)- Able to satisfy routine social demands and limited work requirements.
- Can handle routine work-related interactions that are limited in scope
- In more complex and sophisticated work-related tasks, usage generally disturbs the native speaker
- Can handle with confidence, but not with facility, most normal high-frequency social conversational situations, including extensive but casual conversations about current events, as well as work, family, and autobiographical information
- The individual can comprehend most everyday conversations, but has some difficulty understanding native speakers in situations that require specialized or sophisticated knowledge
- The individual's utterances are minimally cohesive to articulate basic concepts
- Linguistic structure is usually not very elaborate and not thoroughly controlled; errors are frequent
- Vocabulary use is appropriate for high-frequency utterances, but unusual or imprecise elsewhere

Additional Contractual Requirements per the Prime Contract:

3D must obtain from each TCN candidate:
- Proof of driving capabilities
- Statement of non-affiliation with the Baath Party

Original documentation shall be sent to the MVM Records POC according to Paragraph B of this Agreement for Recruiting Services.

TCNs covered by this Task Order shall begin reporting to *Jorge Chavez International Airport, Lima, Peru* on 11 October 2005 for deployment to *Ar Rustamayiah, Iraq*.

All of the requirements in Paragraph B of the Agreement for Recruiting Services must be met. It is understood, under this Task Order alone, that the PT Test, as required in Exhibit A, will be performed at the worksite. Each TCN supplied by 3D under this Task Order shall meet the qualifications as required in Paragraph B, Section 4 of the Agreement. If a TCN does not meet the qualifications of Paragraph B, Section 4 3D shall replace the TCN at 3D's expense.

A copy of the Independent Contractor Agreement for these positions will be provided by MVM, in both English and Spanish.

**AGREED:**

**MVM, INC.**

Signature: *[signature]*
Name: ROBERT L. RUBIN
Title: SVP
Date: 10/13/05

**3D GLOBAL SOLUTIONS INC.**

Signature: *[signature]*
Name: M.R. Dod.d
Title: CEO
Date: 10/13/05