# EXHIBIT 3

EXHIBIT D

**Fee Schedule**

|  | Fee | Comments |
|---|---|---|
| **ONE TIME TASKS:** | | |
| 1. Recruit Candidates | $300 | |
| 2. Contractual Requirements | $70 | |
| 3. Deployment Readiness | $330 | |
| **TOTAL RECRUTING FEE** | $700 | |
| | | |
| **ONGOING SUPPORT:** | | |
| 4. Family Support After Deployment | $360 | $30 per month per person |
| **TOTAL ANNUAL SUPPORT FEE** | $360 | |

Notes:

" Recruiting Fee"
    Covers all Recruiting and Support Functions shown in Exhibit A to the
    Agreement for Recruiting Services dated October 12, 2005 up to and including
    deployment
    (See task categories 1, 2, and 3)
    Fee is paid per deployed person

"Annual Support Fee"
    Covers ongoing support as described (see task category 4)
    Fee based on number of persons deployed in a given month