EXHIBIT    3

Case 1:06-cv-00722-GK    Document 19-4    Filed 08/10/2006    Page 1 of 2

EXHIBIT D

**Fee Schedule**

|  | Fee | Comments |
|---|---|---|
| **ONE TIME TASKS:** | | |
| 1. Recruit Candidates | $300 | |
| 2. Contractual Requirements | $70 | |
| 3. Deployment Readiness | $330 | |
| **TOTAL RECRUTING FEE** | **$700** | |
| | | |
| **ONGOING SUPPORT:** | | |
| 4. Family Support After Deployment | $360 | $30 per month per person |
| **TOTAL ANNUAL SUPPORT FEE** | **$360** | |

Notes:

" Recruiting Fee"
>    Covers all Recruiting and Support Functions shown in Exhibit A to the
>    Agreement for Recruiting Services dated October 12, 2005 up to and including
>    deployment
>    (See task categories 1, 2, and 3)
>    Fee is paid per deployed person

"Annual Support Fee"
>    Covers ongoing support as described (see task category 4)
>    Fee based on number of persons deployed in a given month