EXHIBIT    5



**3D Global Solutions, Inc.**

# INVOICE

3D Global Solutions
12898 Pontell Place
Westfield, IN 47074
Phone/Fax 866.238.6761

**Bill To:**
MVM Inc

1593 Spring Hill Road Suite 700
Vienna Virginia 22182
703-245-9730
Attn: Clyde Slick

| DATE: | Nov 15 2005 |
| INVOICE # | MVM 2005 114 |
| FOR: | Kabul Family Services |

| DESCRIPTION | AMOUNT |
|---|---|
| Kabul Family Services November / 71 Guards at $30 per Guard | $ 2,130.00 |
| | |
| **TOTAL** | **$ 2,130.00** |

**Wiring instructions:**
Wells Fargo Bank
2662 Towne Center Drive
Foothill Ranch CA 92610

**Account info:**
3D Global Solutions Inc.
Acct # 6400988629
Routing # 121000248

**THANK YOU FOR YOUR BUSINESS!**



*3D Global Solutions, Inc.*

# 3D Global Solutions, Inc.

12898 Pontell Place
Westfield, IN  47074

317-866-238-6761

# Invoice

| Date | Invoice # |
|---|---|
| 10/25/2005 | 2005-112 |

| Bill To |
|---|
| MVM, Inc.<br>ATTN:  PETER RICE<br>1593 Spring Hill Road Suite 700<br>Vienna, VA  22182 |

| P.O. No. | Terms |
|---|---|
|  | EFT |

| Description | Amount |
|---|---|
| Courier Services from Lima Peru to Washington DC | 2,090.00 |

ETF Info:
Wells Fargo Bank
2662 Towne Center Drive
Foothill Ranch, CA  92610

Account Name:
3D Global Solutions Inc.
Account #6400988629
Rounting #121000248

| | Total | $2,090.00 |
|---|---|---|

Make check payable to:  3D Global Solutions, Inc.
If you have any questions concerning this invoice, contact Mike
Dodd at mike.dodd@3dglobalsolutions.net



**3D Global Solutions, Inc.**

3D Global Solutions, Inc.
12898 Pontell Place
Westfield, IN  47074
1-866-238-6761

# Invoice

| Date | Invoice # |
|---|---|
| 11/1/2005 | 2005-113 |

**Bill To**

MVM, Inc.
ATTN:  PETER RICE
1593 Spring Hill Road Suite 700
Vienna, VA  22182

| P.O. No. | Terms |
|---|---|
|  | EFT |

| Description | Amount |
|---|---|
| Family Services Iraq Guards (November) $30/man 80 men | 2,400.00 |

ETF Info:
Wells Fargo Bank
2662 Towne Center Drive
Foothill Ranch, CA  92610

Account Name:
3D Global Solutions Inc.
Account #6400988629
Rounting #121000248

| Total | $2,400.00 |
|---|---|

Make check payable to:  3D Global Solutions, Inc.
If you have any questions concerning this invoice, contact Mike
Dodd at mike.dodd@3dglobalsolutions.net



*3D Global Solutions, Inc.*

**3D Global Solutions, Inc.**
12898 Pontell Place
Westfield, IN 47074
1-866-238-6761

# Invoice

| Date | Invoice # |
|---|---|
| 11/11/2005 | 2005-115 |

**Bill To**

MVM, Inc.
ATTN: PETER RICE
1593 Spring Hill Road Suite 700
Vienna, VA 22182

| P.O. No. | Terms |
|---|---|
|  | EFT |

| Description | Amount |
|---|---|
| Kabul Guards | 80,500.00 |
| Recruiting Services (1 of 2) | -17,325.00 |
| Less 1/2 30% deposit received (invoice #2005-104) | |

ETF Info:
Wells Fargo Bank
2662 Towne Center Drive
Foothill Ranch, CA 92610

Account Name:
3D Global Solutions Inc.
Account #6400988629
Rounting #121000248

Thank you for your business.

**Total**  $63,175.00

Make check payable to: 3D Global Solutions, Inc.
If you have any questions concerning this invoice, contact Mike
Dodd at mike.dodd@3dglobalsolutions.net



**3D Global Solutions, Inc.**

**3D Global Solutions, Inc.**
12898 Pontell Place
Westfield, IN 47074
1-866-238-6761

# Invoice

| Date | Invoice # |
|---|---|
| 11/17/2005 | 2005-116 |

| Bill To |
|---|
| MVM, Inc.<br>ATTN: PETER RICE<br>1593 Spring Hill Road Suite 700<br>Vienna, VA 22182 |

| P.O. No. | Terms |
|---|---|
|  | EFT |

| Description | Amount |
|---|---|
| Kabul Guards | 73,500.00 |
| Recruiting Services (2 of 2) | -17,325.00 |
| Less 1/2 30% deposit received (invoice #2005-104) | |

ETF Info:
Wells Fargo Bank
2662 Towne Center Drive
Foothill Ranch, CA 92610

Account Name:
3D Global Solutions Inc.
Account #6400988629
Rounting #121000248

Thank you for your business.

**Total**  $56,175.00

Make check payable to: 3D Global Solutions, Inc.
If you have any questions concerning this invoice, contact Mike
Dodd at mike.dodd@3dglobalsolutions.net



# 3D Global Solutions, Inc.

12898 Pontell Place
Westfield, IN  47074
1-866-238-6761

# Invoice

| Date | Invoice # |
|---|---|
| 12/1/2005 | 2005-117 |

**Bill To**

MVM, Inc.
ATTN:  PETER RICE
1593 Spring Hill Road Suite 700
Vienna, VA  22182

| P.O. No. | Terms |
|---|---|
|  | Net 30 |

| Description | Amount |
|---|---|
| Family Services Kabul Guards (December) $30/man 210 men | 6,300.00 |

ETF Info:
Wells Fargo Bank
2662 Towne Center Drive
Foothill Ranch, CA  92610

Account Name:
3D Global Solutions Inc.
Account #6400988629
Rounting #121000248

**Total**  $6,300.00

Make check payable to:  3D Global Solutions, Inc.
If you have any questions concerning this invoice, contact Mike
Dodd at mike.dodd@3dglobalsolutions.net



**3D Global Solutions, Inc.**

# Invoice

3D Global Solutions, Inc.
12898 Pontell Place
Westfield, IN 47074
1-866-238-6761

| Date | Invoice # |
|---|---|
| 12/1/2005 | 2005-118 |

**Bill To**

MVM, Inc.
ATTN: PETER RICE
1593 Spring Hill Road Suite 700
Vienna, VA 22182

| P.O. No. | Terms |
|---|---|
|  | Net 30 |

| Description | Amount |
|---|---|
| Family Services Iraq Guards (December) $30/man 80 men | 2,400.00 |

ETF Info:
Wells Fargo Bank
2662 Towne Center Drive
Foothill Ranch, CA 92610

Account Name:
3D Global Solutions Inc.
Account #6400988629
Rounting #121000248

**Total** $2,400.00

Make check payable to: 3D Global Solutions, Inc.
If you have any questions concerning this invoice, contact Mike Dodd at mike.dodd@3dglobalsolutions.net

*3D Global Solutions, Inc.*



# Invoice

| Date | Invoice # |
|---|---|
| 11/28/2005 | 2005-120 |

## 3D Global Solutions, Inc.
12898 Pontell Place
Westfield, IN  47074
1-866-238-6761

**Bill To**

MVM, Inc.
ATTN:  PETER RICE
1593 Spring Hill Road Suite 700
Vienna, VA  22182

| P.O. No. | Terms |
|---|---|
|  | Due on receipt |

| Description | Amount |
|---|---|
| Guide Services (1 man, 3 days) | 750.00 |

ETF Info:
Wells Fargo Bank
2662 Towne Center Drive
Foothill Ranch, CA  92610

Account Name:
3D Global Solutions Inc.
Account #6400988629
Rounting #121000248

**Total**  $750.00

Make check payable to:  3D Global Solutions, Inc.
If you have any questions concerning this invoice, contact Mike
Dodd at mike.dodd@3dglobalsolutions.net



*3D Global Solutions, Inc.*

# 3D Global Solutions, Inc.
12898 Pontell Place
Westfield, IN  47074
1-866-238-6761

# Invoice

| Date | Invoice # |
|---|---|
| 11/23/2005 | 2005-119 |

**Bill To**

MVM, Inc.
ATTN:  PETER RICE
1593 Spring Hill Road Suite 700
Vienna, VA  22182

| P.O. No. | Terms |
|---|---|
|  | Due on receipt |

| Description | Amount |
|---|---|
| Guide Services (2 men, 4 days) | 2,000.00 |

ETF Info:
Wells Fargo Bank
2662 Towne Center Drive
Foothill Ranch, CA  92610

Account Name:
3D Global Solutions Inc.
Account #6400988629
Rounting #121000248

**Total**  $2,000.00

Make check payable to:  3D Global Solutions, Inc.
If you have any questions concerning this invoice, contact Mike
Dodd at mike.dodd@3dglobalsolutions.net



**3D Global Solutions, Inc.**

# INVOICE

3D Global Solutions
12898 Pontell Place
Westfield, IN 47074
Phone/Fax 866.238.6761

**Bill To:**
MVM Inc

1593 Spring Hill Road Suite 700
Vienna Virginia22182
703-245-9730
Attn: Clyde Slick

**DATE:** Nov 15 2005
**INVOICE #** MVM 2005 111
**FOR:** *Exit Taxes & Guide Services*

| DESCRIPTION | AMOUNT |
|---|---|
| Exit taxes 71 Guards + Per Diem; 71 Guards at $65 (19%VAT Tax included) = | $ 4,615.00 |
| Guide Services Qty (2) $250 per day, port to port 13 days | 6,500.00 |
| **TOTAL** | **$ 11,115.00** |

**Wiring instructions:**
Wells Fargo Bank
2662 Towne Center Drive
Foothill Ranch CA 92610

**Account info:**
3D Global Solutions Inc.
Acct # 6400988629
Routing # 121000248

THANK YOU FOR YOUR BUSINESS!



**3D Global Solutions, Inc.**

**3D Global Solutions, Inc.**
12898 Pontell Place
Westfield, IN 47074
317-866-238-6761

# Invoice

| Date | Invoice # |
|---|---|
| 10/24/2005 | 2005-110 |

**Bill To**

MVM, Inc.
ATTN: PETER RICE
1593 Spring Hill Road Suite 700
Vienna, VA 22182

| P.O. No. | Terms |
|---|---|
|  | EFT |

| Description | Amount |
|---|---|
| Passport Services (230 men) | 24,523.00 |
| ETF Info:<br>Wells Fargo Bank<br>2662 Towne Center Drive<br>Foothill Ranch, CA 92610<br><br>Account Name:<br>3D Global Solutions Inc.<br>Account #6400988629<br>Rounting #121000248 | |
| **Total** | **$24,523.00** |

Make check payable to: 3D Global Solutions, Inc.
If you have any questions concerning this invoice, contact Mike
Dodd at mike.dodd@3dglobalsolutions.net



**3D Global Solutions, Inc.**

**3D Global Solutions, Inc.**
12898 Pontell Place
Westfield, IN 47074
317-866-238-6761

# Invoice

| Date | Invoice # |
|---|---|
| 10/24/2005 | 2005-111 |

| Bill To |
|---|
| MVM, Inc.<br>ATTN: PETER RICE<br>1593 Spring Hill Road Suite 700<br>Vienna, VA 22182 |

| P.O. No. | Terms |
|---|---|
|  | EFT |

| Description | Amount |
|---|---|
| Guide Services & exit tax money (230 men) | 19,250.00 |
| ETF Info:<br>Wells Fargo Bank<br>2662 Towne Center Drive<br>Foothill Ranch, CA 92610<br><br>Account Name:<br>3D Global Solutions Inc.<br>Account #6400988629<br>Rounting #121000248 |  |
| **Total** | **$19,250.00** |

Make check payable to: 3D Global Solutions, Inc.
If you have any questions concerning this invoice, contact Mike
Dodd at mike.dodd@3dglobalsolutions.net



**3D Global Solutions, Inc.**

3D Global Solutions, Inc.
12898 Pontell Place
Westfield, IN  47074
1-866-238-6761

# Invoice

| Date | Invoice # |
|---|---|
| 11/29/2005 | 2005-121 |

| Bill To |
|---|
| MVM, Inc.<br>ATTN:  PETER RICE<br>1593 Spring Hill Road Suite 700<br>Vienna, VA  22182 |

| P.O. No. | Terms |
|---|---|
|  | Due on receipt |

| Description | Amount |
|---|---|
| Guide Services (1 man, 4 days) | 1,000.00 |

ETF Info:
Wells Fargo Bank
2662 Towne Center Drive
Foothill Ranch, CA  92610

Account Name:
3D Global Solutions Inc.
Account #6400988629
Rounting #121000248

**Total**    $1,000.00

Make check payable to:  3D Global Solutions, Inc.
If you have any questions concerning this invoice, contact Mike
Dodd at mike.dodd@3dglobalsolutions.net