EXHIBIT    6

Sep 07 05 03:04p    3D Global Solutions Inc    866-238-6761    p.1

09/07/05  13:18 FAX 703 827 0780    MVM INC.    ☒002

# RECIPROCAL NON-DISCLOSURE AGREEMENT

This Non-Disclosure Agreement (the "Agreement") is made this ____ day of September, 2005 by and between 3D Global Solutions, Inc., with offices at 12898 Pontell Place, Westfield, Indiana 46074 ("3D") and MVM, Inc. a California corporation with offices at 1593 Spring Hill Road, Vienna, Virginia 22182 ("MVM").

The parties wish to exchange Proprietary Information (as hereinafter defined) for the purpose of enabling the parties to respond to enter into a business relationship in support of MVM's DOS Embassy Security Force Contract in Kabul, Afghanistan (the "Contract") and for purposes related thereto (the "Purpose").

The parties hereto agree to the following terms and conditions concerning the disclosure of Proprietary Information.

1. For the purposes of this Agreement, "Proprietary Information" means any financial, technical, business and operational information, including any intellectual property owned by or licensed to the disclosing party, relating to the disclosing party's business or products, which is disclosed by the disclosing party to the non-disclosing party in any form in connection with the Purpose; provided, that information disclosed in writing or in tangible form is marked "Proprietary" or the like and that information disclosed orally is stated to be proprietary at the time of disclosure, summarized in writing by the disclosing party and delivered to the non-disclosing party within 10 days of such oral disclosure.

   Proprietary Information does not include information that (a) is known to the non-disclosing party at the time of disclosure as evidenced by appropriate contemporaneous documentation, (b) is or becomes a matter of public knowledge through no fault of the non-disclosing party, (c) is lawfully obtained from a third party in lawful possession of such information which third party does not owe a duty of confidentiality to the disclosing party, (d) is independently developed by the non-disclosing party without use of or reliance on Proprietary Information or (e) is disclosed pursuant to any judicial or regulatory order binding on the non-disclosing party (and only to the extent of and for the purpose of compliance with such order) provided that the non-disclosing party gives the disclosing party reasonable notice of such order prior to disclosure so that the disclosing party has the opportunity to contest such disclosure or to seek a protective order in respect of such disclosure.

2. Each party may use Proprietary Information only in connection with the above-stated Purpose.

3. Neither party shall disclose Proprietary Information to a third party without the prior written consent of the disclosing party except that MVM may disclose Proprietary Information to the US Government in connection with the Contract. Each party may disclose Proprietary Information only to its employees and only on a "need to know" basis. Each party shall advise its employees that it has executed this Agreement with respect to Proprietary Information and instruct its

1331053.2

employees in the use and protection of such Proprietary Information. Each party shall protect Proprietary Information by using the same degree of care, but no less than reasonable care, that it uses to protect its own similar proprietary or confidential information, including protecting such Proprietary Information from inadvertent disclosure. The parties agree that the non-disclosing party shall be liable to the disclosing party for any breach by an employee of the non-disclosing party's obligation to maintain the confidentiality of Proprietary Information.

4.  All Proprietary Information shall remain the property of the disclosing party. Except as provided in Paragraph 2, the parties agree that no right or license, including but not limited to any intellectual property right or license, is granted or implied as a result of any disclosure of Proprietary Information. Any additional right, license or use by a party of Proprietary Information shall require further agreement between the parties.

5.  Upon the termination of this Agreement each party shall return all Proprietary Information in its possession or control to the disclosing party at the address first above written. A party may require the destruction of Proprietary Information in lieu of its return. Any such destruction shall be certified by an officer of the company destroying such Proprietary Information.

6.  Either party may terminate this Agreement, but only with respect to future disclosures and not with respect to existing or prior disclosures, effective upon 30 days written notice to the other party at the address first above written. The obligations of the parties hereunder with respect to Proprietary Information disclosed during the term of this Agreement shall continue until such time as such information may be disclosed as provided in a written consent of the disclosing party, or until such information becomes public other than by a breach of this Agreement by the recipient of such information..

7.  The parties agree that if either party breaches this Agreement, the non-breaching party will suffer irreparable harm for which money damages may not be a sufficient remedy. Therefore, the parties agree that the non-breaching party shall be entitled to equitable relief including but not limited to injunctive relief and specific performance in addition to any other relief that may be available to such non-breaching party.

8.  All Proprietary Information disclosed hereunder is provided "as is" and "with all faults". The disclosing party disclaims all representations and warranties, expressed and implied, including without limitation, fitness for a particular purpose, merchantability, and non-infringement in respect of such Proprietary Information, except that the disclosing party represents and warrants that it has a right to disclose the Proprietary Information. The disclosing party shall not be liable to the non-disclosing party for any losses or damages arising out of the non-disclosing party's use or reliance on any Proprietary Information disclosed hereunder.

9.  This Agreement may not be assigned or transferred by either party. This Agreement shall be governed by and construed in accordance with the laws of the Commonwealth of Virginia without regard to its conflicts laws. The parties consent to the non-exclusive jurisdiction of the United States District Court for the Eastern District of Virginia and to the jurisdiction of any Commonwealth court sitting within such Eastern District in respect of any dispute, claim or controversy arising under this Agreement. The parties agree to waive any objections as to venue or

13.11053.2

based on forum non conveniens. This Agreement constitutes the complete agreement between the parties and supersedes all prior agreements with respect to the subject matter hereof. Any modifications or amendments to this Agreement must be in writing and signed by both parties. This Agreement is binding on and shall inure to the benefit of each party's successors and permitted assigns.

In witness whereof, the parties have executed this Agreement as of the date first above written.

3D GLOBAL SOLUTIONS, INC.

By: _____
Name: _Michael Dodd_____
Title: _President / CEO_____

MVM, INC.

By: _____
Name: _ROBERT L. RUBIN____
Title: _SENIOR VICE PRESIDENT_

1331053.2