IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC. )<br>)<br>Plaintiff/Counter-Defendant )<br>)<br>v. )<br>)<br>MVM, INC. )<br>)<br>Defendant/Counter-Plaintiff. )<br>_____) | Case No. 1:06cv00722(GK) |

## 3D GLOBAL SOLUTIONS, INC.'S ANSWER TO MVM, INC.'S COUNTERCLAIM

Plaintiff/Counter-Defendant 3D Global Solutions, Inc. (hereinafter 3D), by counsel and pursuant to the Federal Rules Of Civil Procedure, files this Answer to the Counterclaim filed by Defendant/Counter-Plaintiff MVM, Inc. (hereinafter "MVM") and states:

### ANSWER

1.    3D admits to the allegations in paragraph no. 1 with the exception that it has no knowledge of the total amount of the contract.

2.    3D admits to the allegations contained in paragraph no. 2.

3.    3D admits to that the Afghanistan contract required 3D to provide TCN's with English proficiency but denies the remaining allegations contained in paragraph No. 3.

4.    3D admits to the allegations contained in paragraph No. 4.

5.    3D admits that there were two task orders provided for TCN's for Afghanistan but denies the remaining allegations in Paragraph no. 5.

6.  3D admits that two task orders were placed by MVM to 3D and that 3D recruited from Peru and deployed 230 TCN's to Kabul Afghanistan but denies the remaining allegations in paragraph no. 6.

7.  3D denies the allegations in paragraph no. 7, 8, 9, 10 and 11.

8.  3D denies the allegations in paragraph no. 8.

9.  3D is without sufficient information to admit or deny the allegations in paragraph no. 12.

10. 3D admits to the allegations in paragraph no. 14.

11. 3D denies the allegations in paragraph no. 15, 17, 18, 19

12. 3D admits that was required to recruit and deploy TCN's with English proficiency but denies the remaining allegations.

## AFFIRMITIVE DEFENSES

3D asserts the following affirmative defenses in order to preserve its rights under the Rules of this court, based upon the limited information available to it at the timeof filing this Answer.

### FIRST AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred by the doctrine of laches.

### SECOND AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred by the doctrine of unclean hands.

### THIRD AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred because MVM caused its own losses.

### FOURTH AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred because it ratified or condoned 3D's deployment of TCN's.

### FIFTH AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred because it approved or provided consent to the TCN's provided by 3D.

### SIXTH AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred because 3D deployed TCN's pursuant To the task orders.

### SEVENTH AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred because 3D fulfilled its obligations to MVM.

### EIGHTH AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred because the harm alleged was not caused by 3D.

### NINTH AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred because it has failed to state a claim for which relief can be granted.

### TENTH AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred because MVM received substantial money from the U.S. Government for the TCN's provided by 3D.

## ELEVENTH AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred by the doctrine of waiver.

## TWELFTH AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred by the doctrine of promissory estoppel.

## THIRTEENTH AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred by the doctrine of accord and satisfaction.

## FOURTEENTH AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred because MVM consented, ratified or condoned the conduct alleged in the counterclaim.

## FIFTEENTH AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred by the doctrine of assumption of the risk.

## SIXTEENTH AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred because it failed to mitigate its damages.

## SEVENTEENTH AFFIRMITIVE DEFENSE

The Defendant/Counter-Plaintiff's counterclaim is barred because it has not suffered any cognizable damages.

Respectfully submitted,

_____/s/_____
Athan T. Tsimpedes, Esq.
DC Bar no. 452341
Law Offices of Athan T. Tsimpedes
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
202-638-2100

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September 2006, I served a copy of the foregoing Answer by U.S. mail, first class, postage prepaid on:

    Sean F. Murphy
    Annand V. Ramana
    McGuire Woods LLP
    1750 Tysons Blvd.
    Suite 1800
    McLean, VA 22101


_____/s/_____
Athan T. Tsimpedes