IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MVM, INC., <br><br> *Defendant.* | Case No. 1:06cv00722 (GK) <br> <u>Next Deadline:</u> <br> 10/20/06 – Written Discovery Reqs. |

## DEFENDANT'S INITIAL DISCLOSURES

Defendant MVM, Inc. ("MVM"), by counsel and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and this Court's July 19, 2006 Scheduling Order, respectfully submits its initial disclosures.

(A)  The following individuals are likely to have discoverable information that MVM may use to support its claims and/or defenses:

1.  **Mr. Dario Marquez**
    President/CEO
    MVM, Inc.
    1593 Spring Hill Road, Suite 700
    Vienna, VA 22182
    Tel: (703) 790-3138
    <u>Subject</u>:  Mr. Marquez may have information regarding the September 26, 2005 and October 12, 2005 contracts, the contracts between MVM and the United States Government, and the termination of the MVM contract with the Department of State for the provision of security guards to the U.S. Embassy in Kabul, Afghanistan.

2.  **Mr. Joseph Morway**
    Executive Vice President/CFO
    MVM, Inc.
    1593 Spring Hill Road, Suite 700
    Vienna, VA 22182

Tel: (703) 790-3138
Subject:   Mr. Morway may have information regarding the business of MVM, Inc.

3.  **Mr. Christopher Sager**
    Contracting Officer
    Regional Procurement Support Office
    American Consulate General
    U.S. Department of State
    Geissener Strasse 30
    60435 Frankfurt am Main, Germany
    Tel:  (49) (69) 7535-3330
    Subject:  Mr. Sager may have information regarding the contracts between MVM and the United States Department of State, and the termination of that contract with the Department of State for the provision of security guards to the U.S. Embassy in Kabul, Afghanistan.

4.  **Mr. Robert Rubin**
    Senior Vice President
    MVM, Inc.
    1593 Spring Hill Road, Suite 700
    Vienna, VA 22182
    Tel: (703) 790-3138
    Subject:  Mr. Rubin may have information regarding all of the facts refuting 3D's claims and defenses, and supporting MVM's claims and defenses, and information regarding negotiation of the contracts with 3D and the United States Department of State.

5.  **Mr. Jaysen Turner**
    Former Operations Coordinator for MVM, Inc.
    2006 Peach Orchard Drive
    Apartment # T3
    Falls Church, VA 22043
    Tel:  (202) 557-0037
    Subject:  Mr. Turner may have information regarding the recruitment of TCNs in Peru.

6.  **Ms. Sarah Pfeiffer**
    Former Technical Assistance, Operations for MVM, Inc.
    12511 Village Square Terrace
    Apartment # 201
    Rockville, MD 20852
    Tel:  (301) 770-0791
    Subject:  Ms. Pfeiffer may have information regarding the formation of the September 26, 2005 contract and the English proficiency requirements.

7. **Ms. Sarah Meagher**
Former Project Analyst, Business Development for MVM, Inc.
2839 Kalmia Place
San Diego, CA 92104
Tel: (619) 284-8914
Subject: Ms. Meagher may have information regarding the negotiation and formation of the September 26, 2005 and October 12, 2005 contracts.

8. **Ms. Cindy Brimer**
Assistant Facility Security Officer
MVM, Inc.
1593 Spring Hill Road, Suite 700
Vienna, VA 22182
Tel: (703) 790-3138
Subject: Ms. Brimer may have information regarding the nature of information that was provided to Triple Canopy after the termination of the contract between MVM and the U.S. Department of State for the provision of security guards to the U.S. Embassy in Kabul, Afghanistan.

9. **Ms. Annette Roman**
ALTA Language Services, Inc.
3355 Lenox Road, Suite 510
Atlanta, GA 30326
Tel: (404) 240-1811
Subject: Ms. Roman may have information regarding the failure of 3D's TCNs to satisfy the language requirements of the September 26, 2005 and October 12, 2005 contracts.

10. **Ms. Danielle Reier**
Director, Sales and Marketing
ALTA Language Services, Inc.
3355 Lenox Road, Suite 510
Atlanta, GA 30326
Tel: (404) 260-5500
Subject: Ms. Reier may have information regarding the methods and standards of language testing conducted for TCNs who had been deployed to Kabul to work on the contract between MVM and the U.S. Department of State.

11. **Mr. Jay Bryant**
Operations Manager
Triple Canopy, Inc.
2250 Corporate Park Drive
Herndon, VA 20171
Tel: (703) 673-5066

Subject: Mr. Bryant may have information regarding the nature and purpose of information that was provided to Triple Canopy after the termination of the contract between MVM and the U.S. Department of State for the provision of security guards to the U.S. Embassy in Kabul, Afghanistan.

12.  **Mr. Michael Dodd**
     President/CEO
     3D Global Solutions, Inc.
     12898 Pontell Place
     Westfield, IN 46074
     Tel: (949) 439-4241
     Subject: Mr. Dodd may have information regarding all of the facts supporting and/or refuting 3D's claims and defenses.

13.  **Any witness named on Plaintiff's Witness List**

(B)  The following documents are in MVM's possession, custody, and control and may be used by MVM to support its claims and/or defenses:

1.  All documents attached to any of the pleadings filed in this matter.

2.  All other documents that MVM may use to support its claims or defenses, which primarily includes correspondence between MVM and 3D or MVM and the U.S. Government, are kept in a contract file at MVM's facility located at 1593 Spring Hill Road, Suite 700, Vienna, Virginia 22182. MVM will make available to 3D for inspection or copying all discoverable documents upon 3D's proper request.

(C)  The following is an itemization of the damages alleged by MVM:

| | |
|---|---|
| Business travel: | $ 2,077,834.58 |
| Payroll: | $ 1,246,838.55 |
| Training Costs: | $ 584,308.94 |
| Uniforms & Equipment: | $ 337,377.59 |
| Recruiting Costs: | $ 293,431.42 |
| Postage & Delivery: | $ 220,690.24 |
| Automobiles: | $ 200,208.20 |
| Legal Fees: | $ 151,560.00 |
| Insurance: | $ 109,118.11 |
| Other Expenses: | $ 150.577.35 |
| G&A: | $ 188,018.07 |

|  |  |
|---|---|
| **Total Out-of-Pocket Expenses:** | $ 5,559,963.04 |
| **Lost profits:** | $ 7,500,000 (over 5 years) |
| **Less Settlement with the US Gov't:** | ($ 3,500,000.00) |
| <u>**Total Damages:**</u> | <u>**$ 9,559,963.04**</u> |

(D)     MVM holds no insurance contracts that are relevant to this case.

Respectfully submitted,

**MVM, INC.**

*By Counsel*

**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
McLean, VA  22101-3892
Tel:  (703) 712-5000
Fax:  (703) 712-5050

_____
Sean F. Murphy (D.C. Bar No. 457599)
Anand V. Ramana (D.C. Bar No. 489478)

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2006, I served a true and correct copy of the foregoing pleading via first-class U.S. mail and electronic mail on:

> Athan T. Tsimpedes, Esq.
> Law Offices of Athan T. Tsimpedes
> 7th Floor
> 1420 New York Avenue, N.W.
> Washington, D.C. 20005
> atsimpedes@comcast.net
> *Counsel for 3D Global Solutions, Inc.*

_____
Anand V. Ramana

\4172254v1

6