IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC., ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> MVM, INC., ) <br> ) <br> *Defendant.* ) <br> ) | Case No. 1:06cv00722 (GK) <br> <u>Next Deadline:</u> <br> 10/20/06 – Written Discovery Reqs. |

### **DEFENDANT'S WITNESS LIST**

Defendant MVM, Inc. ("MVM"), by counsel and pursuant to this Court's July 19, 2006 Scheduling Order, respectfully submits its proposed witness list. At this time, MVM expects to call all of the following fact witnesses at trial:

1. **Mr. Dario Marquez**
2. **Mr. Joseph Morway**
3. **Mr. Christopher Sager**
4. **Mr. Robert Rubin**
5. **Mr. Jaysen Turner**
6. **Ms. Sarah Pfeiffer**
7. **Ms. Sarah Meagher**
8. **Ms. Cindy Brimer**
9. **Ms. Annette Roman**
10. **Ms. Danielle Reier**
11. **Mr. Jay Bryant**

12. **Mr. Michael Dodd**

13. **Any witness named on Plaintiff's Witness List**

>Respectfully submitted,
>
>**MVM, INC.**
>
>*By Counsel*

**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
McLean, VA 22101-3892
Tel: (703) 712-5000
Fax: (703) 712-5050

_____
Sean F. Murphy (D.C. Bar No. 457599)
Anand V. Ramana (D.C. Bar No. 489478)

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2006, I served a true and correct copy of the foregoing pleading via first-class U.S. mail and electronic mail on:

> Athan T. Tsimpedes, Esq.
> Law Offices of Athan T. Tsimpedes
> 7th Floor
> 1420 New York Avenue, N.W.
> Washington, D.C. 20005
> atsimpedes@comcast.net
> *Counsel for 3D Global Solutions, Inc.*

\4172254v1