IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC. : | |
| Plaintiff : | |
| v. : | Civil Action No. 1:06-CV-722(GK) |
| MVM, INC. : | |
| Defendant : | |

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff 3D Global Solutions, Inc. ("3D"), by counsel and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and this Court's July 19, 2006 Scheduling Order, respectfully submits its initial disclosures[1].

(A)    The following individuals are likely to have discoverable information that MVM may use to support its claims and/or defenses:

1.    Michael Dodd
CEO
3D Global Solutions, Inc.
12898 Pontell Place
Westfield, IN 46074
Mr. Dodd has information regarding all of the facts supporting andlor refuting 3D's claims and defenses.

2.    Clyde Slick
Former MVM, Inc. Employee
Knowledge regarding MVM's contract with 3D Global Solutions, Inc, including termination and failure to pay.

---

[1] Plaintiff's counsel had a family medical emergency and was out of the area. MVM's counsel was informed. Plaintiff's counsel apologizes to the court and to opposing counsel for the delay but was not intentional.

3.     Jaysen Turner
Former MVM, Inc. Employee
Has information regarding the language proficiency of the TCN's and other information relevant to the contract between MVM and 3D.

4.     Any witness named on Defendant's Witness List

(B)     The following documents are in 3D Global Solutions, Inc.'s possession, custody, and control and may be used by support its claims and/or defenses:

    Email and correspondence between MVM and 3D.

    Contracts between the parties

    Administrative packages created for each TCN.

    All documents attached to any of the pleadings filed in this matter.

2.     All other documents that 3D may use to support its claims or defenses, which primarily includes correspondence between MVM and 3D are kept at the headquarters located in Indiana. 3D will make available to MVM for inspection or copying all discoverable documents upon MVM's proper request.

(C)     The following is an itemization of the damages alleged by 3D Global Solutions:

| | |
|---|---|
| Task Orders for Kabul Afghanistan totaling 230 TCN's | $316,000.00 |
| Task Orders for 82 Guards for Iraq | $ 96,530.00 |

(D)     3D holds no insurance contracts that are relevant to this case.

Respectfully submitted,

_____/s/_____
Athan T. Tsimpedes
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
202-638-2100

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2006, I served a true and correct copy of the foregoing pleading via first-class U.S. mail and electronic mail on:

> Anand V. Ramana
> Sean Murphy
> McGuire Woods, LLP
> 1750 Tysons Boulevard
> Suite 1800
> McLean, VA 22101
> Attorneys for Defendant

_____/s/_____
Athan Tsimpedes