IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC.<br><br>　　　Plaintiff<br><br>v.<br><br>MVM, INC.<br><br>　　　Defendant | :<br>:<br>:<br>:<br>:　Civil Action No. 1:06-CV-722(GK)<br>:<br>:<br>:<br>:<br>: |

## PLAINTIFF'S WITNESS LIST

Plaintiff, 3D Global Solutions, Inc.("3D"), by counsel and pursuant to this Court's July 19, 2006 Scheduling Order[1], respectfully submits its proposed witness list. At this time, 3D expects to call all of the following fact witnesses at trial:

1. Robert Rubin
2. Jaysen Turner
3. Clyde Slick
4. Michael Dodd
5. Any witness listed on Defendant's Witness List

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Athan T. Tsimpedes
　　　　　　　　　　　　　　　　　1420 New York Avenue, NW
　　　　　　　　　　　　　　　　　7th Floor
　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　202-638-2100

---

[1] Plaintiff's counsel had a family medical emergency and was out of the area. MVM's counsel was informed of the circumstances. Plaintiff's counsel apologizes to the court and to opposing counsel for the delay but was not intentional.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2006, I served a true and correct copy of the foregoing pleading via first-class U.S. mail and electronic mail on:

>Anand V. Ramana
>Sean Murphy
>McGuire Woods, LLP
>1750 Tysons Boulevard
>Suite 1800
>McLean, VA 22101
>Attorneys for Defendant

_____/s/_____
Athan Tsimpedes