IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC.<br><br>　　　Plaintiff<br><br>v.<br><br>MVM, INC.<br><br>　　　Defendant | :<br>:<br>:<br>:<br>:  Civil Action No. 1:06-CV-722(GK)<br>:<br>:<br>:<br>:<br>: |

## LINE CERTIFYING SERVICE OF DISCOVERY MATERIAL

TO THE CLERK:

The undersigned hereby certifies that on the 30th day of October, 2006, a copy of this Line and the following discovery material was mailed first class U.S mail, postage pre-paid to:

　　　　　　　　　　　　　Anand V. Ramana, Esq.
　　　　　　　　　　　　　Sean Murphy, Esq.
　　　　　　　　　　　　　McGuire Woods, LLP
　　　　　　　　　　　　　1750 Tysons Boulevard
　　　　　　　　　　　　　Suite 1800
　　　　　　　　　　　　　McLean, VA 22101
　　　　　　　　　　　　　Attorneys for Defendant

1. Plaintiff's First Set of Requests for Interrogatories
2. Plaintiff's First Set of Requests for Production of Documents
3. Plaintiff's Requests for Admissions

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　Athan T. Tsimpedes, Esq.
　　　　　　　　　　　　　DC Bar No. 452341
　　　　　　　　　　　　　1420 New York Avenue, NW
　　　　　　　　　　　　　7th Floor
　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　202-638-2100
　　　　　　　　　　　　　202-449-3499 fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2006, I served a true and correct copy of the foregoing pleading via first-class U.S. mail on:

> Anand V. Ramana
> Sean Murphy
> McGuire Woods, LLP
> 1750 Tysons Boulevard
> Suite 1800
> McLean, VA 22101
> Attorneys for Defendant

_____/s/_____
Athan Tsimpedes