IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC, <br><br> *Plaintiff*, <br><br> v. <br><br> MVM, INC., <br><br> *Defendant*. | Case No. 1:06cv00722 (GK) <br> <u>Next Deadline</u>: 11/30/06 <br> (Expert Disclosures) |

## CERTIFICATE OF SERVICE

Defendant MVM, Inc. ("MVM"), by counsel, respectfully certifies to this Court that it served its First Set of Interrogatories and its First Set of Document Requests on Plaintiff 3D Global Solutions, Inc. ("3D") by U.S. Mail, postage prepaid, on October 27, 2006. MVM further certifies that it resent its First Set of Interrogatories and its First Set of Document Requests to counsel for 3D by electronic mail on November 27, 2006.

Dated: November 29, 2006

Respectfully Submitted,

**MVM, INC.**

*By Counsel*

**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22101-3892
Tel: (703) 712-5000
Fax: (703) 712-5050

*/s/ Ramana*
Sean F. Murphy (D.C. Bar No. 457599)
Anand V. Ramana (D.C. Bar No. 489478)

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2006, I served a true and correct copy of the foregoing pleading via electronic delivery on:

>Athan T. Tsimpedes, Esq.
>Law Offices of Athan T. Tsimpedes
>7th Floor
>1420 New York Avenue, N.W.
>Washington, D.C. 20005
>atsimpedes@comcast.net
>*Counsel for 3D Global Solutions, Inc.*

_____
Anand V. Ramana

\4289309.1