IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC, <br><br> *Plaintiff,* <br><br> v. <br><br> MVM, INC., <br><br> *Defendant.* | Case No. 1:06cv00722 (GK) <br> <u>Next Deadline</u>: 11/30/06 <br> (Expert Disclosures) |

## NOTICE OF AGREED EXTENSION TO FILE RULE 26(a)(2) REPORTS

Defendant MVM, Inc., by counsel, respectfully notifies this Court that, as a result of the delayed discovery exchange, Defendant and Plaintiff 3D Global Solutions, Inc. have agreed to allow each respective party an extension of three (3) weeks to exchange Rule 26(a)(2) expert disclosures and statements. Accordingly, each party will exchange Rule 26(a)(2) reports on or before December 21, 2006. The parties also agree that opponent's Rule 26(a)(2) reports shall be due on or before January 19, 2007.

Dated: November 30, 2006

Respectfully Submitted,

**MVM, INC.**

*By Counsel*

**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22101-3892
Tel: (703) 712-5000
Fax: (703) 712-5050

_____
Sean F. Murphy (D.C. Bar No. 457599)
Anand V. Ramana (D.C. Bar No. 489478)

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November, 2006, I served a true and correct copy of the foregoing pleading via electronic delivery and U.S. Mail, postage prepaid, on:

> Athan T. Tsimpedes, Esq.
> Law Offices of Athan T. Tsimpedes
> 7th Floor
> 1420 New York Avenue, N.W.
> Washington, D.C. 20005
> atsimpedes@comcast.net
> *Counsel for 3D Global Solutions, Inc.*

_____
Anand V. Ramana

\4289309.1