UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
3D GLOBAL SOLUTIONS, INC.   )
                            )
        Plaintiff,          )
                            )
    v.                      )    Civil Action No. 06-722 (GK)
                            )
MVM, INC.                   )
                            )
        Defendant.          )
_____ )
```

**O R D E R**

A Status Conference was held in this case on December 4, 2006. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that leave of Court to file an Amended Complaint is **granted** nunc pro tunc; it is further

**ORDERED** that Defendant's Motion to Dismiss [Dkt. No. 5] is denied without prejudice as moot. The parties are free to file new motions addressing the appropriate counts of the Amended Complaint; it is further

**ORDERED** that Plaintiff shall have until **December 26, 2006** to file a surreply to Defendant's Motion for Partial Summary Judgment [Dkt. No. 6]. Defendant shall file a sur-surreply, if any, no later than **January 5, 2007**; it is further

**ORDERED** that all discovery shall close **March 15, 2007**; and it is further

**ORDERED** that the next status conference in this case will be held **March 15, 2007** at **10:00 a.m.**

December 4, 2006                        /s/
                                                   GLADYS KESSLER
                                                   U.S. District Judge

**Copies to**: **attorneys on record via ECF**