IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>MVM, INC.,<br><br>*Defendant*. | Case No. 1:06cv00722 (GK)<br><u>Next Deadline:</u>  Plaintiff's Surreply to Mot. for Summ. J. (December 26, 2006) |

## DEFENDANT'S MOTION TO DISMISS

Defendant MVM, Inc. ("MVM"), by counsel and pursuant to this Court's December 4, 2006 Order and Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss with prejudice Counts Two, Three, Four, Five, Six, Seven, and Eight of the Amended Complaint because Plaintiff 3D Global Solutions, Inc. ("3D Global") has failed to state a claim upon which relief can be granted for each of these Counts.

WHEREFORE, for the reasons stated in this Motion and in the accompanying Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss, Defendant MVM, Inc. respectfully requests that this Court (1) order the dismissal of Counts Two through Eight of the Complaint with prejudice, and (2) award any other relief as this Court may deem just and appropriate.

Dated: December 21, 2006                            Respectfully Submitted,

                                                    **MVM, INC.**

By Counsel

**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
McLean, VA 22101-3892
Tel: (703) 712-5000
Fax: (703) 712-5050

By: _____
Sean F. Murphy, Esq. (D.C. Bar No. 457599)
Anand V. Ramana, Esq. (D.C. Bar No. 489478)

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2006, I served a true and correct copy of the foregoing document via first-class U.S. mail and electronic mail on:

>Athan T. Tsimpedes, Esq.
>Law Offices of Athan T. Tsimpedes
>7th Floor
>1420 New York Avenue, N.W.
>Washington, D.C. 20005
>*Counsel for Plaintiff*
>
>Douglas B. McFadden, Esq.
>McFadden & Shoreman, LLC
>1420 New York Avenue, N.W.
>Suite 700
>Washington, DC 20005
>*Counsel for Plaintiff*

_____
Anand V. Ramana