IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>MVM, INC.,<br><br>*Defendant*. | Case No. 1:06cv00722 (GK)<br>Next Deadline: December 26, 2006<br>Plaintiff's Surreply to Mot. for Summ. J. |

## NOTICE OF EXCHANGE OF DEFENDANT'S RULE 26(A)(2) DISCLOSURES

Defendant MVM, Inc. ("MVM"), by counsel and pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and this Court's July 19, 2006 Order, hereby notifies this Court that it has this day disclosed to Plaintiff 3D Global Solutions, Inc. ("3D") the identity of its expert witness, Dr. Christopher S. Roosevelt of ALTA Language Services, Inc, and provided to 3D Dr. Roosevelt's written report which contains a complete statement all information required to be disclosed by Rule 26(a)(2).

Dated: December 21, 2006

Respectfully Submitted,

MVM, INC.

*By Counsel*

MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22101-3892
Tel: (703) 712-5000
Fax: (703) 712-5050

1

By: _____
Sean F. Murphy, Esq. (D.C. Bar No. 457599)
Anand V. Ramana, Esq. (D.C. Bar No. 489478)

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2006, I served a true and correct copy of the foregoing document via first-class U.S. mail and electronic mail on:

>Athan T. Tsimpedes, Esq.
>Law Offices of Athan T. Tsimpedes
>7th Floor
>1420 New York Avenue, N.W.
>Washington, D.C. 20005
>*Counsel for Plaintiff*
>
>Douglas B. McFadden, Esq.
>McFadden & Shoreman, LLC
>1420 New York Avenue, N.W.
>Suite 700
>Washington, DC 20005
>*Counsel for Plaintiff*

_____
Anand V. Ramana