IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | | |
|---|---|---|
| 3D GLOBAL SOLUTIONS, INC. | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 06cv00722 (GK) |
| MVM, INC. | : | |
| Defendant | : | |

**CONSENT MOTION AND ORDER FOR**
**ENLARGEMENT OF TIME TO FILE OPPOSITION**

Plaintiff, 3D Global Solutions Inc. ("3D") by and through its undersigned counsel and pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby respectfully requests this Court to enlarge the time in which 3D may file its Oppositions in response to the Motion to Dismiss filed by Defendant MVM, Inc. (MVM") by fourteen (14) days. Counsel for 3D represents that counsel for MVM consents to this extension and authorizes such a representation to this Court; and

IT APPEARING TO THE COURT that 3D's response to MVM's Motion to Dismiss is due on Monday, January 8, 2006; it is therefore

      ORDERED that 3D Global Solutions, Inc. shall have until Monday, January 22, 2007 to file an Opposition to MVM, Inc.'s Motion to Dismiss filed in this matter.

      ENTERED this _____ day of _____ 2007.

_____
JUDGE, United States District Court

**WE ASK FOR THIS:**

**3D Global Solutions, Inc**.

By Counsel

By: _____/s/_____
    Athan T. Tsimpedes, Esq.
    Bar no. 452341
    Law Offices of Athan T. Tsimpedes
    1420 New York Avenue, NW
    7th Floor
    Washington. D.C. 20005
    atsimpedes@comcast.net
    Attorney for 3D Global Solutions, Inc.

## **CERTIFICATE OF SERVICE**

**I** hereby certify that on his 8th day of January 2007, the foregoing document was sent by U.S. mail, first class, postage prepaid and electronic mail on:


McGuire Woods
Sean F. Murphy
Anand V. Ramana
1750 Tysons Boulevard, Suite 1800
Tysons Corner
McLean, VA 22101-3892




_____/s/_____
Athan T. Tsimpedes, Esq.