UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC.    )<br>                                                      )<br>           **Plaintiff**                       )<br>v.                                                   )<br>                                                      )<br>MVM, INC.                                  )<br>                                                      )<br>           **Defendant**                   )<br>_____) | Civil Action No.  1:06-cv-722(GK) |

**PLAINTIFF 3D GLOBAL SOLUTIONS,  INC.'S OPPOSITION TO DEFENDANT MVM, INC.'S  SECOND MOTION TO DISMISS**

Plaintiff, 3D Global Solutions, Inc., submits its opposition to Defendant MVM, Inc.'s Second Motion to Dismiss.  In support, Plaintiff submits its accompanying Memorandum of Points and Authorities and states the following but not limited reasons:

1. Choice of law analysis demonstrates the substantial relationship between the parties is centered in the District of Columbia.

2. MVM, Inc. converted property belonging to 3D Global Inc. that was located in the District of Columbia.

3. The laws of the District of Columbia apply to all Counts in Plaintiff's Complaint.

4. MVM's second motion to dismiss is mistakenly based on the laws of Virginia and that Virginia laws apply.

5. 3D has sufficiently pled facts to support all causes of action in its Complaint.

6. MVM's submission of matters outside of the pleadings converts its Motion to Dismiss to a Motion for Summary Judgment.

7. MVM fails to indicate in its choice of law analysis it has filed a counterclaim against 3D for damages based on the State Department's termination of its contract that clearly shows the substantial relationship was centered in the District of Columbia or the very least Peru or Afghanistan where the services were mostly performed but not Virginia.

Respectfully submitted,

_____/s/_____
Athan T. Tsimpedes
DC Bar No. 452341
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
202-638-2100
202-449-3499 (fax)
Attorney for 3D Global Solutions Inc.