UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **3D GLOBAL SOLUTIONS, INC.** ) | **Civil Action No. 1:06-cv-722(GK)** |
| ) | |
| **Plaintiff** ) | |
| v. ) | |
| ) | |
| **MVM, INC.** ) | |
| ) | |
| **Defendant** ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION of Defendant MVM's Second Motion to Dismiss and Plaintiff's Opposition thereto, It is this _____ day of _____, 2007 hereby DENIED; and it is

**ORDERED** that MVM's Second Motion to Dismiss is Denied in its entirety; and it is further;

**ORDERED** that MVM's Second Motion to Dismiss is converted into a Motion for Summary Judgment and is Denied in its entirety; and it is

**ORDERED** that the laws of the District for Columbia shall apply in this matter.

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

Dated: _____, 2007

cc:
  Athan T. Tsimpedes, Esq.

1420 New York Avenue, NW
7th Floor
Washington, DC 20005
Attorney for Plaintiff -3D Global Solutions Inc.

Sean Murphy
Anand V. Ramana
McGuire Woods LLP
1750 Tysons Blvd.
Suite 1800
McLean, VA 22102
Attorney for Defendant- MVM Inc.