UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC. )<br>)<br>     Plaintiff    )<br>v.                )<br>)<br>MVM, INC.           )<br>)<br>     Defendant   )<br>_____) | Civil Action No. 1:06-cv-722(GK) |

PRAECIPE

TO THE CLERK OF THE COURT,

Please note that Plaintiff's counsel attempted to file an Opposition to Defendant's Motion To Dismiss late January 22, 2007 between 11:00 and 11:30 pm.  Counsel received an internal error message code 24- pos 236. I was later able to gain access but lost access and received other error codes.

I am attempting to file but it is now January 23, 2007 in the early a.m..  Due to the time, I am precluded form contacting Defendant's counsel for consent or to apprise of the situation but will do so in the morning. Therefore, please accept Plaintiff's Opposition for filing as timely or in the alternative request the court to allow this late filing for matters beyond Plaintiff counsel's control and that Defendant has not been prejudiced by this late filing.

Respectfully submitted,

_____/s/_____
Athan T. Tsimpedes
DC Bar no. 452341
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
202-638-2100