IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC, <br><br> *Plaintiff*, <br><br> v. <br><br> MVM, INC., <br><br> *Defendant*. | Case No. 1:06cv00722 (GK) <br> <u>Next Deadline</u>: 3/15/07 <br> (Discovery Deadline) |

## NOTICE OF AGREED EXTENSION TO FILE REPLY BRIEF

Defendant MVM, Inc. ("MVM"), by counsel, respectfully notifies this Court that MVM and Plaintiff 3D Global Solutions, Inc. ("3D") have agreed to allow MVM an extension of two (2) weeks in which to file its Reply Brief in response to 3D's Opposition to MVM's Second Motion to Dismiss. MVM shall file its Reply Brief on or before February 13, 2007.

Dated: January 30, 2007

Respectfully Submitted,

**MVM, INC.**

*By Counsel*

**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22101-3892
Tel: (703) 712-5000
Fax: (703) 712-5050

_/s/ Sean F. Murphy_
Sean F. Murphy (D.C. Bar No. 457599)
Anand V. Ramana (D.C. Bar No. 489478)

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2007, I served a true and correct copy of the foregoing pleading via electronic delivery and U.S. Mail, postage prepaid, on:

>Athan T. Tsimpedes, Esq.
>Law Offices of Athan T. Tsimpedes
>7th Floor
>1420 New York Avenue, N.W.
>Washington, DC 20005
>atsimpedes@comcast.net
>*Counsel for 3D Global Solutions, Inc.*
>
>Douglas B. McFadden, Esq.
>McFadden & Shoreman, LLC
>1420 New York Avenue, N.W.
>Suite 700
>Washington, DC 20005
>*Counsel for 3D Global Solutions, Inc.*

_____
Anand V. Ramana

\4289309.1