IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 3D GLOBAL SOLUTIONS, INC. | * | |
| | * | |
|     Plaintiff | * | |
| | * | |
| vs. | * | Case No. 1:06cv00722(GK) |
| | * | |
| MVM, INC. | * | |
| | * | |
|     Defendant | * | |
| | * | |

**DEFENDANT'S MOTION TO EXTEND DISCOVERY**

COMES NOW the Defendant, MVM, INC., a California Corporation, by Counsel, and moves this Honorable Court for an Order extending the discovery to complete discovery in the instant matter by sixty (60) days until May 14, 2007, and in support of same states:

1.  Sean F. Murphy, Esquire, Anand V. Ramana, Esquire and the Law Firm of McGuire Woods LLP have and are withdrawing as the Defendant's counsel.

2.  On or about February 28, 2007, the Defendant, MVM, Inc., retained HERBERT S. ROSENBLUM, ESQUIRE of HERBERT S. ROSENBLUM, P.C. as its new counsel in this matter. Counsel has contemporaneously with this Motion, entered his appearance on behalf of the Defendant.

3.  Pursuant to the present Scheduling Order, discovery shall conclude on March 15, 2007.

4.    The instant matter involves substantial pleadings and documents. Defendant's new counsel, HERBERT S. ROSENBLUM, requires sufficient time to review and digest these materials. Additionally, Defendant's new counsel needs time to finish conducting discovery, including defending and taking depositions, which had been postponed in anticipation of Defendant's substitution of counsel.

5.    The Plaintiff herein will not be prejudiced by the Court granting the Defendant an additional sixty (60) days, or until May 14, 2007, for completion of discovery, since this matter has not been set for trial.

6.    Counsel for the Plaintiff, Athan T. Tsimpedes, Esquire and Douglas B. McFadden and the law firm of McFadden & Shoreman, LLC, have consented to Defendant's request for a sixty (60) day extension to complete discovery.

WHEREFORE, for the foregoing reasons, your Defendant, MVM, INC., a California Corporation, prays for an Order granting it a sixty (60) day extension of time, until May 14, 2007, to complete discovery in the instant matter, and for any further relief deemed appropriate.

                                                MVM, INC.
                                                a California Corporation

                                                By: /s/ Herbert S. Rosenblum, Esquire

HERBERT S. ROSENBLUM, ESQUIRE
D.C. Bar No. 093351
Counsel for Defendant
526 King Street, Suite 211
P.O. Box 58
Alexandria, Virginia 22313-0058
Telephone:  703/684-0060
Facsimile:  703/684-0072

## CERTIFCIATE OF SERVICE

    I hereby certify that on this 1st day of March 2007, I sent a true copy by First Class, Postage Pre-paid Mail of the foregoing Defendant's Motion to Extend Discovery to the following: Athan T. Tsimpedes, Esquire, 1420 New York Avenue, 7th Floor, Washington, DC 20005, and Douglas B. McFadden, Esquire, McFadden & Shoreman, LLC, 1420 New York Avenue, N.W., Suite 700, Washington, DC 20005.

                                /S/_____
                            HERBERT S. ROSENBLUM, ESQUIRE