IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 3D GLOBAL SOLUTIONS, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Case No. 1:06cv00722(GK) |
| | * | |
| MVM, INC. | * | |
| | * | |
| Defendant | * | |
| | * | |

# E R R A T A   N O T I C E

To:  Clerk of Court
     United States District Court
     For the District of Columbia
     333 Constitution Avenue, NW
     Washington, DC 20001

WILL THE CLERK OF THE COURT please attach the proposed *Order to Extend Discovery* with the Motion to Extend Discovery, which was filed as your **document number 36** on March 1, 2007. The proposed Order was not attached to the Motion during the electronic filing in error.

                                                MVM, INC.
                                                a California Corporation

                                                By: /s/ Herbert S. Rosenblum, Esquire

HERBERT S. ROSENBLUM, ESQUIRE
D.C. Bar No. 093351
Counsel for Defendant
526 King Street, Suite 211
P.O. Box 58
Alexandria, Virginia 22313-0058
Telephone:  703/684-0060
Facsimile:   703/684-0072

## CERTIFCIATE OF SERVICE

I hereby certify that on this 1st day of March 2007, I sent a true copy by First Class, Postage Pre-paid Mail of the foregoing Errata Notice to the following: Athan T. Tsimpedes, Esquire, 1420 New York Avenue, 7th Floor, Washington, DC 20005, and Douglas B. McFadden, Esquire, McFadden & Shoreman, LLC, 1420 New York Avenue, N.W., Suite 700, Washington, DC 20005.

　　　　　　　　　　　　　　　　__/S/_____
　　　　　　　　　　　　　　　　HERBERT S. ROSENBLUM, ESQUIRE