**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC. | * |
| Plaintiff | * |
| vs. | *   Case No. 1:06cv00722(GK) |
| MVM, INC. | * |
| Defendant | * |

## ORDER EXTENDING DISCOVERY

THIS MATTER CAME BEFORE ME upon the Motion of the Defendant, MVM, INC., a California Corporation, by Counsel, for an Order extending discovery in the instant matter by sixty (60) days, until May 14, 2007; and

IT APPEARING that on or about February 28, 2007, the Defendant, MVM, Inc., retained HERBERT S. ROSENBLUM, ESQUIRE of HERBERT S. ROSENBLUM, P.C. as its new counsel in this matter; and

IT FURTHER APPEARING that pursuant to the present Scheduling Order, discovery shall conclude on March 15, 2007; and

IT FURTHER APPEARING that the Plaintiff, who has consented to this extension, herein will not be prejudiced by extending the Discovery Deadline an additional sixty (60) days, or until May 14, 2007; it is therefore

ORDERED, ADJUDGED and DECREED that discovery in the instant matter is extended sixty (60) days, and shall conclude on or before May 14, 2007.

ENTERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

I ask for this:

_____
HERBERT S. ROSENBLUM, ESQUIRE
D.C. Bar No. 093351
Counsel for Defendant
526 King Street, Suite 211
P.O. Box 58
Alexandria, Virginia 22313-0058
Telephone:  703/684-0060
Facsimile:   703/684-0072

Seen and agreed:


_____
ATHAN T. TSIMPEDES, ESQUIRE
D.C. Bar No. _____
Counsel for Plaintiff
1420 New York Avenue, 7th Floor
Washington, DC 20005

and


_____
DOUGLAS B. MCFADDEN, ESQUIRE
D.C. Bar No. _____
McFadden & Shoreman, LLC
1420 New York Avenue, N.W.
Suite 700
Washington, DC 20005