## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC. | * |
|     Plaintiff | * |
| vs. | *  Case No. 1:06cv00722(GK) |
| MVM, INC. | * |
|     Defendant | * |

### E R R A T A   N O T I C E

To:   Clerk of Court
United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

WILL THE CLERK OF THE COURT please attach the proposed *Order to Continue Status Conference* with the Motion to Continue Status Conferece, which was filed as your **document number 37** on March 1, 2007. The proposed Order was not attached to the Motion during the electronic filing in error.

                                          MVM, INC.
                                          a California Corporation


                                          By: /s/ Herbert S. Rosenblum, Esquire

HERBERT S. ROSENBLUM, ESQUIRE
D.C. Bar No. 093351
Counsel for Defendant
526 King Street, Suite 211
P.O. Box 58
Alexandria, Virginia 22313-0058
Telephone:  703/684-0060
Facsimile:   703/684-0072

## CERTIFCIATE OF SERVICE

      I hereby certify that on this 1st day of March 2007, I sent a true copy by First Class, Postage Pre-paid Mail of the foregoing Errata Notice to the following: Athan T. Tsimpedes, Esquire, 1420 New York Avenue, 7th Floor, Washington, DC 20005, and Douglas B. McFadden, Esquire, McFadden & Shoreman, LLC, 1420 New York Avenue, N.W., Suite 700, Washington, DC 20005.

                                         /S/_____
                                      HERBERT S. ROSENBLUM, ESQUIRE