**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC. * | |
| * | |
| Plaintiff * | |
| * | |
| vs. * | Case No. 1:06cv00722(GK) |
| * | |
| MVM, INC. * | |
| * | |
| Defendant * | |
| * | |

**ORDER CONTINUING STATUS CONFERENCE**

THIS MATTER CAME BEFORE ME upon the Motion of the Defendant, MVM, INC., a California Corporation, by Counsel, for an Order continuing the Status Conference until May 14, 2007; and

IT APPEARING that on or about February 28, 2007, the Defendant, MVM, Inc., retained HERBERT S. ROSENBLUM, ESQUIRE of HERBERT S. ROSENBLUM, P.C. as its new counsel in this matter; and

IT FURTHER APPEARING that the Status Conference is now scheduled for March 15, 2007; and

IT FURTHER APPEARING that the Plaintiff herein will not be prejudiced by continuing the Status Conference; it is therefore

ORDERED, ADJUDGED and DECREED that the Status Conference set for March 15, 2007 shall be continued until the _____ day of _____, 2007.

ENTERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

I ask for this:

_____
HERBERT S. ROSENBLUM, ESQUIRE
D.C. Bar No. 093351
Counsel for Defendant
526 King Street, Suite 211
P.O. Box 58
Alexandria, Virginia 22313-0058
Telephone:  703/684-0060
Facsimile:   703/684-0072

Seen and agreed:

_____
ATHAN T. TSIMPEDES, ESQUIRE
D.C. Bar No. _____
Counsel for Plaintiff
1420 New York Avenue, 7th Floor
Washington, DC 20005

and

_____
DOUGLAS B. MCFADDEN, ESQUIRE
D.C. Bar No. _____
McFadden & Shoreman, LLC
1420 New York Avenue, N.W.
Suite 700
Washington, DC 20005