IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC.,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>MVM, INC.,<br><br>　　　　*Defendant*. | Case No. 1:06cv00722 (GK) |

## DEFENDANT MVM INC.'S NOTICE OF WITHDRAWAL OF COUNSEL

Defendant MVM, Inc. ("MVM"), by counsel and pursuant to Local Rule 83.6(b), hereby notifies this Court that it is substituting counsel in this matter. MVM has requested that Herbert S. Rosenblum, Esq. and the law firm of Herbert S. Rosenblum, P.C., replace Sean F. Murphy, Esq. and Anand V. Ramana, Esq. and the law firm McGuireWoods LLP, as its counsel in this matter.

Local Rule 83.6(a) provides that an eligible attorney may file a written notice of entry of appearance. Pursuant to this Local Rule, Mr. Rosenblum entered his appearance on March 1, 2007.

Local Rule 83.6(b) provides that, if no trial date has been set, counsel may withdraw its appearance by filing a notice if withdrawal if another attorney has previously entered an appearance on behalf of the party. In this case, a trial date has not been set, and Mr. Rosenblum has entered an appearance. Accordingly, and pursuant to Local Rule 83.6(b), Messrs. Murphy and Ramana and the law firm of McGuireWoods LLP, hereby withdraw their appearance in this matter.

1

Dated: March 1, 2007

Respectfully Submitted,

**MVM, INC.**

*By Counsel*

**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22101-3892
Tel: (703) 712-5000
Fax: (703) 712-5050

_____
Sean F. Murphy (D.C. Bar No. 457599)
Anand V. Ramana (D.C. Bar No. 489478)

**SEEN AND AGREED TO:**

**MVM, INC.**
1593 Spring Hill Road
Suite 700
Vienna, Virginia 22182

BY: _____

_____EVP/CFO_____
TITLE

Dated: March 1, 2007

Respectfully Submitted,

**MVM, INC.**

*By Counsel*

**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22101-3892
Tel: (703) 712-5000
Fax: (703) 712-5050

_____
Sean F. Murphy (D.C. Bar No. 457599)
Anand V. Ramana (D.C. Bar No. 489478)

**SEEN AND AGREED TO:**

**MVM, INC.**
1593 Spring Hill Road
Suite 700
Vienna, Virginia 22182

BY: _____

_____EVP/CFO_____
TITLE

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2007, I served a true and correct copy of the foregoing pleading via first-class U.S. mail and electronic mail on:

> Athan T. Tsimpedes, Esq.
> Law Offices of Athan T. Tsimpedes
> 7th Floor
> 1420 New York Avenue, N.W.
> Washington, D.C. 20005
> atsimpedes@comcast.net
> *Counsel for 3D Global Solutions, Inc.*
>
> Douglas B. McFadden, Esq.
> McFadden & Shoreman, LLC
> 1420 New York Avenue, N.W.
> Suite 700
> Washington, DC 20005
> *Counsel for 3D Global Solutions, Inc.*
>
> Herbert S. Rosenblum
> Herbert S. Rosenblum, P.C.
> 526 King Street
> Suite 211
> Post Office Box 58
> Alexandria, Virginia 22313-0058
> Telephone: (703) 684-0060
> Fax: (703) 684-0072
> E-mail: Herbrosenblum@mycomcast.com
> *Substituted Counsel for MVM, Inc.*

_____
Anand V. Ramana

\4452369.3