**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC. | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | *   Case No. 1:06cv00722(GK) |
| | * |
| MVM, INC. | * |
| | * |
| Defendant | * |
| | * |

**NOTICE OF DEPOSITION**

Please take notice that Defendant, MVM, INC., by Counsel, and pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of MICHAEL DODD, on May 2, 2007, beginning at 2:00 p.m., at the offices of Athan T. Tsimpedes, 1420 New York Avenue, 7th Floor, Washington, DC 20005.  This deposition will be taken before a person authorized to administer oaths and may be used for any purpose permitted by the Federal Rules of Civil Procedure.

                                        MVM, INC.
                                        A California Corporation

                                                    /s/
                                        By: _____
                                            Counsel

HERBERT S. ROSENBLUM, ESQUIRE
Virginia Bar No. 006125
Counsel for Defendants
526 King Street, Suite 211
P.O. Box 58
Alexandria, Virginia 22313-0058
Telephone:  703/684-0060
Facsimile:   703/684-0072

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April 2007, I sent a true copy by Courier of the foregoing Notice of Deposition to the following: Athan T. Tsimpedes, Esquire, 1420 New York Avenue, 7th Floor, Washington, DC 20005, and Douglas B. McFadden, Esquire, McFadden & Shoreman, LLC, 1420 New York Avenue, N.W., Suite 700, Washington, DC 20005.

/s/
_____
HERBERT S. ROSENBLUM, ESQUIRE