UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC. ) | |
| ) | Civil Action No. 1:06-cv-722(GK) |
| ) | |
| **Plaintiff** ) | |
| v. ) | |
| ) | |
| MVM, INC. ) | |
| ) | |
| **Defendant** ) | |
| _____) | |

JOINT MOTION TO EXTEND TIME TO CONDUCT DISCOVERY

Plaintiff, 3D Global Solutions, Inc., by and through its counsel, with Defendant MVM, Inc., through its counsel, move this court to extend the time to conduct discovery. In support, the parties state:

1. The Discovery deadline in this matter is currently set for May 14, 2007.

2. This matter is based on events in 2005 that include acts spanning three continents, occurring in the countries of Peru, Afghanistan and the United States.

3. The parties have been diligent in taking and exchanging discovery while having conducted several depositions during the past week.

4. MVM Inc. has filed a counterclaim in this matter.

5. There has been recent change of counsel by Defendant MV, Inc. in this matter who necessitated substantial time to catch up with the case. Likewise, Plaintiff's counsel has been involved as co-lead counsel in a class action MDL out of Chicago (In re McDonald's French Fries Litigation- Case No. 06-cv-4467) that has also taken substantial time from his availability. Additionally, Defendant's

counsel will be involved in a 8 day trial starting July 9, 2007 in New Jersey.

6. One of the Deponents, Jaysen Turner, had moved his residence and was not present for a deposition. Mr. Turner is a material witness, for both parties. Mr. Turner was an employee of Defendant MVM, who was present in Peru where the recruiting for the services provided by Plaintiff occurred. Mr. Turner is expected to testify to the language proficiency and subject matter of plaintiff's complaint and to the defenses raised by MVM. Additionally, during the deposition of Dario Marquez, the principal of MVM, Inc., he provided testimony regarding the involvement of a third party business entity, Triple Canopy, that was involved in the subject matter relating to Plaintiffs' cause of action for Conversion and other counts.

Based on the depositions taken most recently on May, 2, 2007, it has become apparent that at least 5 additional depositions need to be taken., including the representative of Triple Canopy, Jaysen Turner, DOS designated representative involved in the contract and settlement with the prime contract, and two other MVM employees who provided training to the recruits in Afghanistan. Documents are in the possession of some of these deponents that have not yet been disclosed or obtained by the parties. As such, time is necessary to also obtain the necessary documents preferably prior to the depositions.

7. Additionally there may be the need to take depositions of the experts in this case that will not affect the scheduling order being issued from this motion.

8. As summer is approaching, the parties request that 90 days be provided in order to accommodate summer vacation schedules from parties or deponents in this

matter. Counsel have been helpful to each other in assisting and conducting discovery and do not expect any further delays.

9. The parties realize each is under an ongoing duty to supplement discovery and will do so.

10. This motion is sought in order to avoid any prejudice to the parties arising from these depositions and documents being produced timely.

11. This request is sought in the interests of justice and not delay.

12. This is the last request for an extension of time for discovery for any party.

IT APPEARING TO THE COURT that Parties requires additional time to conduct and provide discovery to each other; it is therefore

ORDERED that Discovery shall be extended to and including August 14, 2007;

ORDERED that any expert disclosures or reports required pursuant to Rule 26 will be exchanged between counsel 30 days before the close of discovery and any deposition of experts shall be taken within the Discovery time frame;

ORDERED that any additional dispositive motions must be filed on or before July 14, 2007;

ORDERED that the pretrial set for May 14, 2007 is continued until 30 days scheduled days after the completion of Discovery on September _____, 2007 at _____ am/pm.

ENTERED this _____ day of _____ 2006.

_____
United States District Court, Judge

WE ASK FOR THIS;

By Counsel

3D GLOBAL SOLUTIONS  INC.

By:  _____/s/_____
   Athan T. Tsimpedes, Esq.
   Bar no. 452341
   Law Offices of Athan T. Tsimpedes
   7th Floor
   1420 New York Avenue, NW.
   Washington. D.C. 20005
   202-638-2100
   *Counsel for 3D Global Solutions, Inc.*

MVM, INC.

By:  _____/s/_____
   Herbert Rosenblum
   526 King St # 211
   Alexandria, VA 22314
   703-684-0060
   *Counsel for MVM, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May 2007,  a filed and correct copy of the foregoing document was  sent by U.S. mail, first class, postage prepaid, and electronic mail on:

   Herbert Rosenblum,Esq.
   526 King St # 211
   Alexandria, VA 22314
   703-684-0060
   *Counsel for MVM, Inc*

                    _____/s/_____
                    Athan T. Tsimpedes, Esq.