UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 3D GLOBAL SOLUTIONS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-722 (GK) |
| | : | |
| MVM, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

It appearing to the Court that the Parties require additional time to conduct and provide discovery to each other, it is this 8th day of May, 2007, hereby

**ORDERED** that discovery shall be extended up to and including **August 14, 2007**; and it is further

**ORDERED** that any expert disclosures or reports required pursuant to Rule 26 will be exchanged between counsel 30 days before the close of discovery and any depositions of experts will be taken within the discovery time frame; and it is further

**ORDERED** that the Status Conference set for May 14, 2007 is continued until **September 6, 2007 at 10:45 a.m.**

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**