**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

3D GLOBAL SOLUTIONS, INC. )
                               )     **Civil Action No.  1:06-cv-722(GK)**
                               )
        **Plaintiff**         )
v.                            )
                               )
MVM, INC.                  )
                               )
        **Defendant**       )
_____)

**PLAINTIFF 3D GLOBAL SOLUTIONS,  INC.'S MOTION TO COMPEL**

Plaintiff, 3D Global Solutions, Inc., by and through its counsel, Athan T. Tsimpedes, Pursuant to the Federal Rules of Civil Procedure and the Local Rules moves this court to compel discovery responses propounded upon Defendant MVM, Inc.  In support, Plaintiff submits its accompanying Memorandum of Points and Authorities and states the following but not limited reasons:

1.     Plaintiff's has submitted Discovery consisting of requests for production of documents, Interrogatories and Requests for Admissions upon Defendant MVM Inc.

2.     MVM, Inc. submitted unverified responses to Plaintiff's discovery requests in violation of FRCP 26, 33 and 34.

3.     Despite numerous requests and promises to supplement Defendant has failed to provide verified Responses required by FRCP 33 and

34.

.

4.    Plaintiff has attempted in good faith on numerous occasions to resolve this discovery dispute and has met and conferred but Defendant has failed to comply.

5.    The documents sought are material and necessary to defend the counterclaim filed by Defendant MVM and necessary to calculate damages.

6.    Defendant has also failed to produce material and relevant documents necessary to narrow the issue and requested in Discovery and is ironically, the basis of Defendant's counterclaim .

7.    Plaintiff's counsel has a cordial relationship with Defendant's counsel and realizes that perhaps the schedule of Defendant's counsel may be so overburden that he has not been able to respond to Plaintiff's request prior to the deadline for discovery.  Plaintiff's counsel is filing this motion as a precaution and to protect his client's rights.


Respectfully submitted,

_____/s/_____
Athan T. Tsimpedes
DC Bar No. 452341
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
202-638-2100
202-449-3499 (fax)
Attorney for 3D Global Solutions Inc.