UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **3D GLOBAL SOLUTIONS, INC.** ) <br> ) <br> **Plaintiff** ) <br> v. ) <br> ) <br> **MVM, INC.** ) <br> ) <br> **Defendant** ) <br> _____ ) | **Civil Action No. 1:06-cv-722(GK)** |

### ORDER

Upon consideration of Plaintiff's Motion to Compel and any response by Defendant, and the papers herein, it is this _____ day of _____, 2007, hereby GRANTED; and it is further

**ORDERED** that Defendant MVM Inc. shall produce complete and verified answers to the Interrogatories and Production of Documents propounded by Plaintiff within 7 days of this Order; and it is further

**ORDERED** that Defendant MVM Inc. , within 5 days, shall produce to plaintiff a full and complete copy of the settlement agreement and contract between it and the U.S. Government that is based the subject matter of Plaintiff's complaint and the counterclaim filed by MVM and previously requested by Plaintiff's counsel.

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

Dated: _____, 2007

cc:
    Athan T. Tsimpedes, Esq.
    1420 New York Avenue, NW
    7th Floor
    Washington, DC 20005
    Attorney for Plaintiff

    Herbert Rosenblum, Esq.
    526 King St., Suite 211
    Alexandria, VA
    Attorney for Defendant