IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 3D GLOBAL SOLUTIONS, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Case No. 1:06cv00722(GK) |
| | * | |
| MVM, INC. | * | |
| | * | |
| Defendant | * | |
| | * | |

**<u>DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL</u>**

COMES NOW the Defendant, MVM, INC., a California Corporation, by Counsel, and in response to the Motion to Compel, filed herein by the Plaintiff, 3D GLOBAL SOLUTIONS, INC., states as follows:

1.  Your Defendant, MVM, INC., has on numerous occasions over the past month attempted to contact counsel for 3D GLOBAL SOLUTIONS, INC. about mutual discovery requests that are outstanding, including the scheduling of depositions of witnesses by each party. Counsel for MVM, INC. estimates that he has called or electronically mailed Plaintiff's counsel at least a dozen times since July 30, 2007 to discuss same.

2.  Over the past week, Counsel for 3D GLOBAL SOLUTIONS, INC. has been on vacation, and his cellular telephone has been inoperative during this time because of a telephone problem.

3.  On August 23, 2007, Counsel for the parties spoke, and have set a time to meet on either the morning of Friday, August 24 or the morning of Saturday, August 25,

2007 to resolve all issues, with respect to discovery, including the mutual exchange of additional discovery and the taking of additional depositions.

WHEREFORE, for the foregoing reasons, your Defendant, MVM, INC., a California Corporation, prays for an Order dismissing the Motion to Compel, filed herein by the Plaintiff, 3D GLOBAL SOLUTIONS, INC., and for any further relief deemed appropriate.

                MVM, INC.
                a California Corporation

                By: /s/ Herbert S. Rosenblum, Esquire

HERBERT S. ROSENBLUM, ESQUIRE
D.C. Bar No. 093351
Counsel for Defendant
526 King Street, Suite 211
P.O. Box 58
Alexandria, Virginia 22313-0058
Telephone:  703/684-0060
Facsimile:   703/684-0072

## CERTIFCIATE OF SERVICE

I hereby certify that on this 23rd day of August 2007, I sent a true copy by First Class, Postage Pre-paid Mail of the foregoing Defendant's Response to Plaintiff's Motion to Compel to the following: Athan T. Tsimpedes, Esquire, 1420 New York Avenue, 7th Floor, Washington, DC 20005, and Douglas B. McFadden, Esquire, McFadden & Shoreman, LLC, 1420 New York Avenue, N.W., Suite 700, Washington, DC 20005.

                /S/_____
                HERBERT S. ROSENBLUM, ESQUIRE