UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC. ) | |
| ) | Civil Action No. 1:06-cv-722(GK) |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| MVM, INC. ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

JOINT MOTION TO EXTEND TIME TO CONDUCT DISCOVERY

Plaintiff, 3D Global Solutions, Inc., by and through its counsel, with Defendant MVM, Inc., through its counsel, pursuant to the Federal Rules of Civil Procedure for the District Of Columbia, move this court to extend the time to conduct discovery. In support, the parties state:

1. The Discovery deadline in this matter was set for August 14, 2007.

2. On August 14, 2007, Plaintiff filed a motion to compel for outstanding discovery and unsigned discovery responses provided by Defendant.

3. The subject matter of this case is based on events occurring in 2005 that include acts spanning three continents, occurring in the countries of Peru, Afghanistan and the United States.

4. On August 25, 2007, based on the motion to compel counsel for the parties met and narrowed the issues for their respective cases and either supplemented discovery then or promised to in the very near future.

5. As a result of the conference held between counsel this past Saturday, it would be in interest of the parties and for good cause to extend discovery to complete the

fact finding necessary to narrow the issues for trial and/or settlement. Since that day, Plaintiff's counsel has received approximately 1160 pages of documents. The documents dictate the necessity of further discover in order to flush out facts and further narrow the issues dispositive of material terms of the contract or material to the remaining causes of action and defenses.

6. Counsel for both parties have been extensively involved in complex litigation maters outside of this jurisdiction that unfortunately has impacted the ability to coordinate discovery within the timeframe provided. Additionally, counsel for both parties had their respective summer vacations in August.

7. Counsel for both parties acknowledge that a representation was made in prior request that it would be their last request for an extension. However, some matters were outside the control of the parties necessitating this motion.

8. One of the intended Deponents, Jaysen Turner, has been out of the country and was not available during the times open for counsel. Mr. Turner is now available for deposition. Mr. Turner is a material witness, for both parties. Mr. Turner was an employee of Defendant MVM, who was present in Peru where the recruiting for the services provided by Plaintiff occurred. Mr. Turner is expected to testify to the language proficiency and subject matter of plaintiff's complaint and to the defenses raised by MVM. Additionally, Mr. Turner's testimony directly impacts fact finding needed from a third party, Triple Canopy, that was involved in the subject matter relating to Plaintiffs' cause of action for Conversion and other counts.

9. Based on the discovery provided, Mr. Turner's deposition is first needed in order

to prepare and conduct two other necessary depositions of the following: Triple Canopy and the Department of State designated representative involved in the contract and settlement with the prime contract. Documents are in the possession of some of these deponents that have not yet been disclosed or obtained by the parties. As such, time is necessary to also obtain the necessary documents preferably prior to the depositions.

10. In order to accommodate the schedules of counsel, a 60 day extension in discovery is requested to conclude the outstanding discovery. Counsel have been helpful to each other in assisting and conducting discovery and believe the additional time is necessary to conclude discovery based on the supplementation of Defendant's discovery responses and to conclude the outstanding depositions.

11. The parties realize each is under an ongoing duty to supplement discovery and will do so.

12. This motion is sought in order to avoid any prejudice to the parties arising from discovery issues raised in the motion to compel. Likewise, a granting of this motion would effectively moot the motion to compel.

13. This request is sought in the interests of justice and not delay.

14. This is the last request for an extension of time for discovery for both parties.

WHEREFORE, pursuant to the parties Joint Motion to Extend Discovery and good cause having been shown, the parties request this court extend discovery 60 days in this matter.

Respectfully submitted,



3D GLOBAL SOLUTIONS INC.

By: _____/s/_____
      Athan T. Tsimpedes, Esq.
      Bar no. 452341
      Law Offices of Athan T. Tsimpedes
      7th Floor
      1420 New York Avenue, NW.
      Washington. D.C. 20005
      202-638-2100
      *Counsel for 3D Global Solutions, Inc.*



MVM, INC.


By: _____/s/_____
      Herbert Rosenblum
      526 King St # 211
      Alexandria, VA 22314
      703-684-0060
      *Counsel for MVM, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 31st day of August 2007, a filed and correct copy of the foregoing document was sent by U.S. mail, first class, postage prepaid, and electronic mail on:

    Herbert Rosenblum, Esq.
    526 King St # 211
    Alexandria, VA 22314
    703-684-0060
    *Counsel for MVM, Inc*

                _____/s/_____
                Athan T. Tsimpedes, Esq.