UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **3D GLOBAL SOLUTIONS, INC.** ) | |
| ) | **Civil Action No. 1:06-cv-722(GK)** |
| ) | |
| **Plaintiff** ) | |
| v. ) | |
| ) | |
| **MVM, INC.** ) | |
| ) | |
| **Defendant** ) | |
| _____ ) | |

UPON CONSIERATION of the Joint Motion to Extend Discovery and IT APPEARING TO THE COURT that Parties requires additional time to conduct and provide discovery to each other; it is therefore

    ORDERED that Discovery shall be extended 60 days from the date of this Order;

    ORDERED that any additional dispositive motions must be filed on or before November 1, 2007;

    ORDERED that no further extensions of discovery will be allowed for any party;

    ORDERED that the pretrial hearing set for Thursday, September 6, 2007 is continued until 30 days after the completion of Discovery on December _____, 2007 at _____ am/pm.


    ENTERED this _____ day of _____ 2007.


                                                _____
                                                United States District Court, Judge