UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

3D GLOBAL SOLUTIONS, INC. )
)   Civil Action No. 1:06-cv-722(GK)
)
    Plaintiff )
v. )
)
MVM, INC. )
)
    Defendant )
)

## CONSENT MOTION FOR CONTINUANCE

Plaintiff, 3D Global Solutions, Inc., by and through its counsel, Athan T. Tsimpedes, with the consent of Defendant's counsel, pursuant to the Federal Rules of Civil Procedure, hereby moves to continue the pretrial scheduled of December 6, 2007, and reset the deadline for dispositive motions. In support, Plaintiff shows the following as good cause:

1. Dispositive Motions were due on or before November 5, 2007.

2. Pretrial is set for December 6, 2007, at 10:15.

3. Due to unforeseen medical conditions, Plaintiff's counsel is incapacitated and was and is unable to file a dispositive motion by the established deadline and/or prepare for the upcoming Pretrial.

4. Plaintiff's counsel was hospitalized with pneumonia and asthma. Complications arose in hospital and a serious heart condition developed. Plaintiff's counsel was hospitalized for ten (10) days. Plaintiff's counsel is now under his physicians' order to abstain from work for at least the next 30 days.

5. The parties were planning to take depositions but have been unable to do so because of Plaintiff counsel's medical problems. An extension of procedural dates will permit the parties to complete depositions and present a complete discovery record. Plaintiff's counsel has now sought the assistance of his colleague John M. Shoreman who will enter his appearance shortly in order to avoid any further delay that may otherwise occur from the undersigned's medical problems.

WHEREFORE, Plaintiff, with the consent of Defendant, respectfully requests that the dispositive motions deadline be extended to March 5, 2007 and that the pretrial be set 45 days thereafter.

Dated: 11/29/07                                 Respectfully submitted,

/s/Athan T. Tsimpedes
_____
Athan T. Tsimpedes
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
202-638-2100
202-449-3499 (fax)
*Attorney for 3D Global Solutions Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC. ) | |
| ) | Civil Action No. 1:06-cv-722(GK) |
| Plaintiff ) | |
| v. ) | |
| MVM, INC. ) | |
| Defendant ) | |

## STATEMENT OF POINTS AND AUTHORITIES

(1)   L.Cv.R.   7;

(2)   L.Cv.R.   16.1(a)

Dated: 11/29/07

Respectfully submitted,

/s/Athan T. Tsimpedes
_____
Athan T. Tsimpedes
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
202-638-2100
202-449-3499 (fax)
*Attorney for 3D Global Solutions Inc.*