UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

3D GLOBAL SOLUTIONS, INC. )
                          )
                          )   Civil Action No. 1:06-cv-722(GK)
                          )
       Plaintiff          )
v.                        )
                          )
MVM, INC.                 )
                          )
       Defendant          )
_____)

## ORDER

Upon consideration of the CONSENT MOTION FOR CONTINUANCE, it is this _____ day of _____, 2007, ORDERED that the Consent Motion for Continuance is GRANTED; it is further ORDERED that the dispositive motions deadline is extended to and including March 5, 2007, and that the Pretrial in this matter is continued until February _____, 2008 at _____ am/pm.

SO ORDERED.

                                   _____
                                   United States District Judge

Copies to:

Athan T. Tsimpedes                 Herbert S. Rosenblum
1420 New York Ave., NW             526 King Street, Suite 211
7th Floor                          Alexandria, VA  22314
Washington, D.C.  20005