UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

3D GLOBAL SOLUTIONS, INC. )
                                 )   Civil Action No. 1:06-cv-722(GK)
                                 )
    Plaintiff             )
v.                                    )
                                 )
MVM, INC.                 )
                                 )
    Defendant      )
_____)

## PLAINTIFF 3D GLOBAL SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT

      Plaintiff, 3D Global Solutions, Inc., pursuant to Federal Rule of Civil Procedure 56, moves this court for Summary Judgment against Defendant MVM, Inc. In support, Plaintiff submits its accompanying Memorandum of Points and Authorities and states the following but not limited reasons:

      1.    Plaintiff provided 230 TCN's to MVM pursuant to the parties contract that was in support of MVM's prime contract with the US Government.

      2.    MVM, Inc. hired and employed the TCN's provided pursuant to the contract between the parties.

      3.    Pursuant to the contract of the parties, MVM was to compensate Plaintiff's pre deployment services upon MVM's employment of the TCN's provided by Plaintiff.

4. Defendant received 3.5 million dollars pursuant to a settlement agreement with the US government which was to include MVM's settlement of Plaintiff's claims as a subcontractor.

5. Despite payment by the US government to settle claims, Defendant has failed to pay Plaintiff for the 230 TCN's provided.

6. Defendant's counterclaim for lost profits is foreclosed by the settlement agreement MVM executed with the U.S. Government.

Respectfully submitted,

_____/s/_____
Athan T. Tsimpedes
DC Bar No. 452341
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
202-638-2100
202-449-3499 (fax)
Attorney for 3D Global Solutions Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2008 a copy of the foregoing Plaintiff's Motion for Summary Judgment, was served electronically and by first class mail, postage prepaid upon:

Herbert S. Rosenblum
Law Offices of Herbert S. Rosenblum
526 King St # 211
Alexandria, VA 22314
Attorney for Defendant


_____
Athan T. Tsimpedes