UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 3D GLOBAL SOLUTIONS, INC. ) | | |
| ) | Civil Action No. 1:06-cv-722(GK) | |
| **Plaintiff** ) | | |
| v. ) | | |
| ) | | |
| MVM, INC. ) | | |
| ) | | |
| **Defendant** ) | | |
| _____) | | |

## MATERIAL FACTS NOT IN DISPUTE.

A. Defendant executed a subcontract with Plaintiff to recruit TCNs to be employed pursuant to Defendant's prime contract with the United States Government to provide a security detail in Kabul, Afghanistan (Exhibit 1 - Subcontract Between Plaintiff and Defendant).

B. Pursuant to the subcontract, Plaintiff recruited 230 TCNs for Defendant and submitted their Employment Packages to Defendant (See Exhibit1, Affidavit of Michael Dodd- attached as Exhibit 5, Affidavit of Jaysen Turner- attached as Exhibit 6);

C. Defendant employed all of the TCNs (see Exhibit 6).

D. Defendant deployed all of the TCNs (Id).

E. Plaintiff sent invoices to Defendant for performance of the pre-deployment services under the subcontract (Ex. 5- Affidavit of Michael Dodd; Invoices-attached as Exhibit 4).

F. Defendant has failed to pay any of the submitted invoices (Id.).

G.      After deployment, Defendant and United States Government entered into a modification of the prime contract in which:

(1)     the Defendant and United States Government explicitly agreed that no default had occurred and that the prime contract had been terminated for convenience of the government effective December 22, 2005 (Exhibit 2);

(2)     the Defendant agreed to release any claims any subcontractor, including Plaintiff, had against the United States Government(Id.);

(3)     in exchange for the release of claims, that included claims by subcontractors like Plaintiff, Defendant received 3.5 million dollars(Id.).

H.      Defendant has failed to pay any money to the Plaintiff as required by the terms of the subcontract. (Exhibits 1,4,5 and 6)


The Material facts herein rely upon the following documents:
Exhibit 1 - Subcontract Between Plaintiff and Defendant
Exhibit 2 - Modification of Prime Contract Between Defendant and U.S. Government
Exhibit 3 - Defendant's Admissions of Fact
Exhibit 4 - Invoices Sent to Defendant by Plaintiff
Exhibit 5 - Affidavit of Michael Dodd, CEO of Plaintiff, March 5, 2008
Exhibit 6- Affidavit of Jaysen Turner.


Respectfully submitted,

_____/s/_____
Athan T. Tsimpedes
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
Attorney for Plaintiff
Athan T. Tsimpedes