UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **3D GLOBAL SOLUTIONS, INC.** ) <br> ) <br> **Plaintiff** ) <br> v. ) <br> ) <br> **MVM, INC.** ) <br> ) <br> **Defendant** ) <br> _____) | Civil Action No. 1:06-cv-722(GK) |

**ORDER**

Upon consideration of Plaintiff's Motion for Summary Judgment, and any opposition thereto, it is this _____ day of _____, 2008, hereby GRANTED; and it is further

**ORDERED** that Plaintiff's Motion for Summary Judgment is GRANTED; and it is further

**ORDERED** that Plaintiff is entitled to Summary Judgment on the issue that MVM Inc. has breached its contract for failing to compensate Plaintiff for the 230 TCN's it provided and that were employed by Defendant; and it is further'

**ORDERED** that Defendant's counterclaim is DISMISSED with prejudice.

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

Dated:            , 2008

cc:
    Athan T. Tsimpedes
    Law Offices of Athan T. Tsimpedes
    1420 New York Avenue, NW
    7th Floor
    Washington, DC 20005
    Attorney for Plaintiff

    Herbert S. Rosenblum
    Law Offices of Herbert S. Rosenblum
    526 King St # 211
    Alexandria, VA 22314
    Attorney for Defendant