| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | Page 1 of 1 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. M001 | 3. EFFECTIVE DATE 12/22/2005 | 4. REQUISITION/PURCHASE REQ. NO. AF-04R1036 | 5. PROJECT NO. (If applicable) | |

| 6. ISSUED BY | CODE | FRANK19 | 7. ADMINISTERED BY (If other than Item 6) | CODE | FRANK19 |
|---|---|---|---|---|---|
| AMERICAN CONSULATE GENERAL FRANKFURT<br>GIESSENER STRASSE 30, ATTN: RPSO<br>FRANKFURT, GERMANY D-60435 | | | AMERICAN CONSULATE GENERAL FRANKFURT<br>GIESSENER STRASSE 30, ATTN: RPSO<br>FRANKFURT, GERMANY D-60435 | | |

Contact: Christopher Sager    Telephone: +49-7635 3330

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| DUNS No: 036049532 | | 9B. DATED (SEE ITEM 11) |
| MVM, INC.<br>1593 SPRING HILL ROAD, SUITE 700<br>VIENNA, VA UNITED STATES 22182-2249 | (X) | 10A. MODIFICATION OF CONTRACT/ORDER NO. SGE50005C1071 |
| | (X) | 10B. DATED (SEE ITEM 13) |
| CODE 1    FACILITY CODE | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA** (If required)    $0.00
1900 - 2005 - - X0113H - DS - 1069 - - 1069523341 - 5825 - 2580 - 5962 - 177400 - -

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

CHECK ONE

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF AUTHORITY OF FAR 43.103(b).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☒ D. OTHER (Specify type of modification and authority)
Mutual agreement of the parties

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return  1  copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
This contract is terminated for convenience of the Government effective December 22, 2005.
The Government agrees to pay to the Contractor or its assignee, upon presentation of a proper invoice or voucher, the sum of $3,000,000.00 dollars. Upon the completion of the inventory and reconciliation of contractor property the Government agrees to pay an additional $500,000.00 dollars.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>DARIO O. MARQUEZ, JR.    Pres. | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Christopher Sager | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*[signature]*<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>3-23-06 | 16B. United States of America<br>BY *[signature]*<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>3/23/2006 |

NSN 7540-01-152-8070
PREVIOUS EDITION
UNUSABLE

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR)
53.243

# SETTLEMENT AGREEMENT

With respect to Contract SGE500-05-C-1071 the following settlement agreement reflects the agreement between the U.S. Government and MVM, Inc.

(a) The Government will convert the termination for default of Contract SGE500-05-C-1071 to a termination for the convenience of the Government effective December 22, 2005 by means of a modification to such Contract issued within five (5) days from the date hereof.

(b) The Government will pay MVM $3.5 million dollars. The settlement amount of $3.5 million includes uniforms, body armor and equipment as valued by MVM. Title of this property will transfer to the Government upon completion of a joint inventory to be conducted within 120 days from the date of this agreement. The location of this property is Kabul, Afghanistan. MVM will invoice $3.0 million dollars after issuance of the above modification and invoice $500,000 thousand after completion of the joint inventory described above. Contracting Officer and DS/IP/OPO will monitor the payment process and work to ensure payments are made as expeditiously as possible.

(c) For and in consideration of the undertakings in (a) and (b) above, MVM, for itself, its agents, sub-contractors and assigns hereby releases the United States from any and all claims, know and unknown, arising out of or related to Contract SGE500-05-C-1071.

Name and Title   _Joseph Murray, EVP_

Signature   _[signature]_   Date _3/22/06_
MVM Inc.
1593 Spring Hill Road, Suite 700
Vienna, VA 22182

Contracting officer   _[signature]_   Date _3/23/06_