IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 3D GLOBAL SOLUTIONS, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Case No. 1:06cv00722(GK) |
| | * | |
| MVM, INC. | * | |
| | * | |
| Defendant | * | |
| | * | |

**DEFENDANT'S MOTION TO EXTEND TIME
IN WHICH TO FILE RESPONSIVE PLEADINGS TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, MVM, INC., a California Corporation, by Counsel, and moves this Honorable Court for an Order extending the time to file its responsive pleading to Plaintiff's Motion for Summary Judgment until the close of business on March 28, 2008, and in support of same states:

1. On the 5th day of March 2008, the Plaintiff, 3D GLOBAL SOLUTIONS, INC., filed a Motion for Summary Judgment in the instant matter.

2. The Defendant's responsive pleading to said Motion for Summary Judgment is due by Monday, March 17, 2008.

3. The Defendant's Counsel has contacted Plaintiff's Counsel to ask for an extension of time, until March 28, 2008, in which to file its responsive pleadings because Defendant's Counsel is a solo practitioner, and has been busy with numerous court appearances and depositions since March 5, 2008. Furthermore, Defendant's Counsel will be out of town from March 14, 2008 through the close of business on March 17, 2008.

`<!-- -->`
``
``

Case 1:06-cv-00722-GK    Document 51    Filed 03/13/2008    Page 2 of 2

4. The Plaintiff shall not be prejudiced or harmed by granting the Defendant an extension of time in which to file its responsive pleading, nor shall an extension of time impact already scheduled deadlines.

5. On March 13, 2008, Plaintiff's Counsel consented to Defendant's request for an extension of time during a telephone conversation with Defendant's Counsel.

WHEREFORE, for the foregoing reasons, your Defendant, MVM, INC., a California Corporation, prays for an Order granting it until the close of business on March 28, 2008 in which to file responsive pleadings to the Plaintiff's Motion for Summary Judgment, and for any further relief deemed appropriate.

    MVM, INC.
    a California Corporation

    By: /s/ Herbert S. Rosenblum, Esquire

HERBERT S. ROSENBLUM, ESQUIRE
D.C. Bar No. 093351
Counsel for Defendant
526 King Street, Suite 211
P.O. Box 58
Alexandria, Virginia 22313-0058
Telephone: 703/684-0060
Facsimile: 703/684-0072

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March 2007, I sent a true copy by First Class, Postage Pre-paid Mail of the foregoing Defendant's Motion to Extend Time in which to File Responsive Pleadings to Plaintiff's Motion for Summary Judgment to the following: Athan T. Tsimpedes, Esquire, 1420 New York Avenue, 7th Floor, Washington, DC 20005, and Douglas B. McFadden, Esquire, McFadden & Shoreman, LLC, 1420 New York Avenue, N.W., Suite 700, Washington, DC 20005.

    /S/
    HERBERT S. ROSENBLUM, ESQUIRE