IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| 3D GLOBAL SOLUTIONS, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Case No. 1:06cv00722(GK) |
| | * | |
| MVM, INC. | * | |
| | * | |
| Defendant | * | |
| | * | |

**ORDER EXTENDING THE TIME FOR
DEFENDANT TO RESPOND TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

THIS MATTER CAME BEFORE ME upon the Motion of the Defendant, MVM, INC., a California Corporation, by Counsel, for an Order extending the time in which it has to file responsive pleadings to the Plaintiff's Motion for Summary Judgment until the close of business on March 28, 2008; and

IT APPEARING that on or about March 5, 2008, the Plaintiff filed a Motion for Summary Judgment herein; and

IT FURTHER APPEARING that the Defendant's responsive pleadings to said Motion is due by March 17, 2008; and

IT FURTHER APPEARING that the Plaintiff, who has consented to this extension, herein will not be prejudiced by extending the time in which the Defendant has to file responsive pleadings until the close of business on March 28, 2008, nor shall an extension of time impact already scheduled deadlines; and it is therefore

ORDERED, ADJUDGED and DECREED that the Plaintiff, MVM, INC., shall have through the close of business on March 28, 2008 to file responsive pleadings to the Plaintiff's Motion for Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____ 2008

cc:
    HERBERT S. ROSENBLUM, ESQUIRE
    P.O. Box 58
    Alexandria, Virginia 22313-0058
    Counsel for Defendant

    ATHAN T. TSIMPEDES, ESQUIRE
    1420 New York Avenue, 7th Floor
    Washington, DC 20005
    Counsel for Plaintiff