**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| 3D GLOBAL SOLUTIONS, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Case No. 1:06cv00722(GK) |
| | * | |
| MVM, INC. | * | |
| | * | |
| Defendant | * | |
| | * | |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Summary Judgment, and Defendant's Response to Motion for Summary Judgment, it is this _____ day or _____, 2008, hereby DENIED; and it is further

ORDERED that Plaintiff's Motion for Summary Judgment is DENIED; and it is further

ORDERED that this Action proceed as previously set out in the Scheduling Order.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____ 2008

cc:

ATHAN T. TSIMPEDES, ESQUIRE
1420 New York Avenue, 7th Floor
Washington, DC 20005
Counsel for Plaintiff

HERBERT S. ROSENBLUM, ESQUIRE
526 King Street, Suite 211
P.O. Box 58
Alexandria, Virginia 22313-0058
Counsel for Defendant