

**Regional Procurement Support Office**
American Consulate General
U.S. Department of State
Geissener Strasse 30
60435 Frankfurt am Main, Germany

December 2, 2005

Joseph W. Morway
Executive Vice President
MVM, Inc.
1593 Spring Hill Road, Suite 700
Vienna, VA 22182

Subject: Deficiency on Contract No. SGE500-05-C-1071 – Kabul Embassy Security
Force Contract

Dear Mr. Morway:

MVM's failure to provide guards, which meet the minimum language level requirements
as outlined in Section H.5.1.4, H.5.1.7 and Exhibit H of the contract, is a very serious
problem. This deficiency, if not corrected, will most likely preclude MVM from
assuming full responsibility of all guard posts in a timely manner.

The Regional Security Officer staff has provided training on standard equipment use and
observed training conducted by the USIS staff. While it appears USIS is doing the best it
can, at the end of the day, the trainees are not comprehending the material they are being
taught. It does not appear that MVM will be able to successfully graduate 100% of the
cadre of guards in the first training session on time.

Attachment A is titled "Performance Risk" and this attachment is based on Post's
comments as noted in Attachment B titled "Concerns About MVM Guard Training".

Please provide written comments on the aforementioned training deficiencies as well as
address how MVM is going to reduce performance risk to an acceptable level. In
addition, as I have noted, numerous individuals have clearly demonstrated during
training that they do not have the required level of English proficiency. Therefore,
MVM is asked to address how it tested each guard for language proficiency, both oral
and written, prior to submitting their resume. Language proficiency was certified on
each resume.

Considering the aforementioned comments, MVM is asked to confirm its ability to
assume full responsibility of all guard posts in a timely manner. From my point of view,
timely manner would be on or about December 20, 2005.

It is acknowledged that training was delayed until the TAA was executed on November
23, 2005. Using information from your November 17 letter I believe it was stated
commencement no later then November 18 was needed to meet a start-up by the 15th.
Therefore I arrive at start date of December 20 date. But DS has pointed out, it is not



EXHIBIT
1

If you have any questions, please feel free to let me know.  I look forward to your comments by mid-day on Tuesday.  Please include Messrs Mass and Brown in your rely.

Sincerely,

Christopher P. Sager
Contracting Officer

cc:   Craig Mass
      Douglas Brown

Attachments:  As Stated

2

English Proficiency Exams - TCNs in Kabul

| Day | Schedule ID | Name | ILR Score | CD # |
|---|---|---|---|---|
| 12/ 9/05 | 31936 | Reyna Mari, Officer | 1+ | 1 |
| 12/ 9/05 | 31924 | Arevalo Gomez, Jhonel | 2+ | 1 |
| 12/ 9/05 | 31934 | Prias, Walter | 3 | 1 |
| 12/ 9/05 | 31935 | Quispe, Jose | 3 | 1 |
| 12/12/05 | 32086 | 53, 1 | | 2 |
| 12/12/05 | 32084 | Catiri, Jorge | | 2 |
| 12/12/05 | 32073 | Castre Saavedra, Roberto | 0+ | 2 |
| 12/12/05 | 32074 | Chira, Luis | 0+ | 2 |
| 12/12/05 | 32075 | Caballero, Mario Christian | 0+ | 2 |
| 12/12/05 | 32076 | Arenas Julian, Carlos | 0+ | 2 |
| 12/12/05 | 32077 | Andagua Suel, Julio | 0+ | 2 |
| 12/12/05 | 32085 | Arias, Ari | 0+ | 2 |
| 12/12/05 | 32070 | Musutua, Matoto | 1+ | 2 |
| 12/12/05 | 32080 | Iperom, Apsilon | 1+ | 2 |
| 12/12/05 | 32064 | Shinyinga, Augustinus | 2 | 2 |
| 12/10/05 | 32056 | Arevolo Gomez, Jhonel | 2+ | 2 |
| 12/12/05 | 32111 | Acevedo-Chinchay, Guillermo | 0 | 3 |
| 12/12/05 | 32119 | Huayhua-Solis, Agripino | 0 | 3 |
| 12/12/05 | 32128 | Munoz-Almonacid, Raul Javier | 0 | 3 |
| 12/12/05 | 32131 | Vega-Quispe, Julian | 0 | 3 |
| 12/13/05 | 32138 | Sheen, Wilser | 0 | 3 |
| 12/13/05 | 32140 | Morales, Luis | 0 | 3 |
| 12/13/05 | 32141 | Vilca, Melquiades | 0 | 3 |
| 12/13/05 | 32142 | Gutierrez, Cruz | 0 | 3 |
| 12/13/05 | 32143 | Franco Zavala, Frank | 0 | 3 |
| 12/13/05 | 32144 | Mieses, Jesus | 0 | 3 |
| 12/13/05 | 32145 | Vargas Rubio, Jimmy | 0 | 3 |
| 12/13/05 | 32146 | Parra Huayta, Jose | 0 | 3 |
| 12/13/05 | 32147 | Jauregui Chipana, Jacinto | 0 | 3 |
| 12/13/05 | 32148 | Torres Villacorta, Onesimo | 0 | 3 |
| 12/13/05 | 32149 | Atalaya-Guevara, Oscar | 0 | 3 |
| 12/13/05 | 32150 | Garay-Cervantes, Leonardo | 0 | 3 |
| 12/13/05 | 32151 | Gonzalez-Cutipa, Jose | 0 | 3 |
| 12/13/05 | 32152 | Hinojosa-Zegarra, Romulo | 0 | 3 |
| 12/13/05 | 32156 | Ancajima-Saucedo, Jorge | 0 | 3 |
| 12/13/05 | 32157 | Flores-Gonzalez, Jhony | 0 | 3 |
| 12/13/05 | 32158 | Farro-Lau, Alan | 0 | 3 |
| 12/13/05 | 32160 | Fernandez, Jose | 0 | 3 |
| 12/13/05 | 32162 | Chavez Silva, Pedro | 0 | 3 |
| 12/13/05 | 32163 | Chavez, Jose | 0 | 3 |
| 12/13/05 | 32164 | Vega, Juan | 0 | 3 |
| 12/13/05 | 32166 | Cardenas, Oscar | 0 | 3 |
| 12/13/05 | 32167 | Vizcarra, Carlos | 0 | 3 |
| 12/13/05 | 32168 | Bazalar, Angel | 0 | 3 |
| 12/13/05 | 32169 | Tamani Fasabi, German | 0 | 3 |
| 12/13/05 | 32170 | Fernandez, Erick | 0 | 3 |
| 12/13/05 | 32172 | Valdivia, Antonio | 0 | 3 |
| 12/13/05 | 32173 | Pongo, Hermes | 0 | 3 |



EXHIBIT

2

English Proficiency Exams - TCNs in Kabul

| Day | Schedule ID | Name | ILR Score | CD # |
|---|---|---|---|---|
| 12/13/05 | 32174 | Rivera Gallo, Moises | 0 | 3 |
| 12/13/05 | 32179 | Eufracio-Romero, Luis | 0 | 3 |
| 12/13/05 | 32180 | Flores De La Cruz, Gustavo | 0 | 3 |
| 12/13/05 | 32182 | Oliva, Jhonny | 0 | 3 |
| 12/13/05 | 32183 | Pareja-Ramos, Jorge | 0 | 3 |
| 12/13/05 | 32184 | Alfaro, Sergio | 0 | 3 |
| 12/13/05 | 32185 | Calipa Ayaque, Pedro | 0 | 3 |
| 12/13/05 | 32186 | Allasi De La Cruz, Jorge | 0 | 3 |
| 12/13/05 | 32188 | Rodriguez Romero, Ricardo | 0 | 3 |
| 12/13/05 | 32190 | Milla Roque, David | 0 | 3 |
| 12/13/05 | 32191 | Farfan, Hernan | 0 | 3 |
| 12/13/05 | 32192 | Torres Sulca, Dennis | 0 | 3 |
| 12/13/05 | 32193 | Feria, Santos | 0 | 3 |
| 12/13/05 | 32194 | Moril Torres, Dante | 0 | 3 |
| 12/13/05 | 32195 | Mamani Chata, Edgar | 0 | 3 |
| 12/13/05 | 32196 | Ruiz, Marcos | 0 | 3 |
| 12/13/05 | 32197 | Santos Rojas, Gabriel | 0 | 3 |
| 12/13/05 | 32198 | Vargas, Eli | 0 | 3 |
| 12/13/05 | 32199 | Alcantara, Orlando | 0 | 3 |
| 12/13/05 | 32200 | Acuna, Roberto | 0 | 3 |
| 12/13/05 | 32201 | Garcia Cordova, Luis | 0 | 3 |
| 12/12/05 | 32113 | Chiche-Ttito, Jaime | 0+ | 3 |
| 12/12/05 | 32114 | Huarancca-Romero, Elvis | 0+ | 3 |
| 12/12/05 | 32116 | Gallo-Tamayo, Jesus | 0+ | 3 |
| 12/12/05 | 32118 | Torres-Curay, Alex | 0+ | 3 |
| 12/12/05 | 32120 | Portocarrero, Arturo | 0+ | 3 |
| 12/12/05 | 32121 | Lobaton-Espinoza, Alfonso | 0+ | 3 |
| 12/12/05 | 32122 | Torres-Pacheco, Jorge Luis | 0+ | 3 |
| 12/12/05 | 32123 | Salvador, Edgardo | 0+ | 3 |
| 12/12/05 | 32124 | Martinez, Luis | 0+ | 3 |
| 12/12/05 | 32125 | Estrada, Rudy Alfredo | 0+ | 3 |
| 12/12/05 | 32126 | Chira Aguirre, Luis | 0+ | 3 |
| 12/12/05 | 32127 | Ramos-Pochomucha, Amedor | 0+ | 3 |
| 12/12/05 | 32130 | Rodriguez-Vilca, Cesar | 0+ | 3 |
| 12/12/05 | 32132 | Vilca-Garcia, Andres | 0+ | 3 |
| 12/12/05 | 32133 | Ynga Flores, Angelo Sergio | 0+ | 3 |
| 12/12/05 | 32134 | Vera-Gutierrez, Jose | 0+ | 3 |
| 12/12/05 | 32135 | Fasabi-Amacifuen, Nelson | 0+ | 3 |
| 12/13/05 | 32139 | Vallejos, Hans | 0+ | 3 |
| 12/13/05 | 32154 | Olivares Sarmiento, David | 0+ | 3 |
| 12/13/05 | 32175 | Recra, Jorge | 0+ | 3 |
| 12/13/05 | 32176 | Guerra, Juan | 0+ | 3 |
| 12/13/05 | 32187 | Andagua Suel, Julio | 0+ | 3 |
| 12/13/05 | 32189 | Jaramillo Velasquez, Jorge | 0+ | 3 |
| 12/13/05 | 32202 | Aponte, Luis | 0+ | 3 |
| 12/12/05 | 32112 | Jara-Lopez, Jose | 0+ | 3 |
| 12/12/05 | 32117 | GeorgeJorge | 0+ | 3 |
| 12/12/05 | 32129 | Sender del Castillo, Abel Elias | 0+ | 3 |

English Proficiency Exams - TCNs in Kabul

| Day | Schedule ID | Name | ILR Score | CD # |
|---|---|---|---|---|
| 12/13/05 | 32178 | Morocho, Saul | 1+ | 3 |
| 12/13/05 | 32240 | 4, Tu | | 4 |
| 12/12/05 | 32212 | Mendoza, Juan | 0 | 4 |
| 12/12/05 | 32222 | Gutierrez, Miguel | 0 | 4 |
| 12/13/05 | 32237 | Huaman-Salazar, Roberto | 0 | 4 |
| 12/13/05 | 32238 | Munoz-Estrada, Carlos | 0 | 4 |
| 12/13/05 | 32239 | Cruz, Constantino | 0 | 4 |
| 12/13/05 | 32246 | Galdos-Ramirez, Javier | 0 | 4 |
| 12/13/05 | 32247 | Chavez-Felipe, Rodel | 0 | 4 |
| 12/12/05 | 32204 | Sanchez-Mendoza, Jorge | 0+ | 4 |
| 12/12/05 | 32205 | Farfan-Guzman, Camilo | 0+ | 4 |
| 12/12/05 | 32206 | Huaman-Palomino, Danny | 0+ | 4 |
| 12/12/05 | 32207 | Perez-Quinones, Gino | 0+ | 4 |
| 12/12/05 | 32208 | leon-Navaro, Luis | 0+ | 4 |
| 12/12/05 | 32209 | Saenz-Canelo, Rosmy Gabriel | 0+ | 4 |
| 12/12/05 | 32210 | Maroquin Perez, Miguel Angel | 0+ | 4 |
| 12/12/05 | 32211 | Vera-Paucer, Cristian | 0+ | 4 |
| 12/12/05 | 32213 | Fasabi--Amacifuen, Aldinger | 0+ | 4 |
| 12/12/05 | 32214 | Garcia-Calixtro, Carlos | 0+ | 4 |
| 12/12/05 | 32215 | Ricra-Pichanta, Victor Antonio | 0+ | 4 |
| 12/12/05 | 32216 | Tolentino-Rojas, John | 0+ | 4 |
| 12/12/05 | 32218 | Villano-Felix, Oscar Alberto | 0+ | 4 |
| 12/12/05 | 32219 | Verastegu-Gomez, Carlos | 0+ | 4 |
| 12/12/05 | 32220 | Valles-Ruiz, Wilder | 0+ | 4 |
| 12/12/05 | 32221 | Urbina-Aguero, Adolfo | 0+ | 4 |
| 12/12/05 | 32223 | Mamani-Condori, Freddy | 0+ | 4 |
| 12/12/05 | 32224 | Ramos-Guzman, Fredy | 0+ | 4 |
| 12/12/05 | 32233 | Flores, Percy | 0+ | 4 |
| 12/12/05 | 32217 | Junco, Eduardo | 0+ | 4 |
| 12/13/05 | 32231 | Hidalgo Benavides, Cesar | 0 | 5 |
| 12/13/05 | 32232 | Fernandez-Flores, Julio | 0 | 5 |
| 12/13/05 | 32234 | Espinoza Cabello, Walter | 0 | 5 |
| 12/13/05 | 32235 | Sierra-Vargas, Mario | 0 | 5 |
| 12/13/05 | 32236 | Pongo-Suyon, Herbert | 0 | 5 |
| 12/13/05 | 32256 | Mechato-Bruno, Manuel | 0 | 5 |
| 12/13/05 | 32257 | Jorge | 0 | 5 |
| 12/13/05 | 32258 | Cruz Aliaga, Constantino | 0 | 5 |
| 12/13/05 | 32263 | Perez-Bonifacio, William | 0 | 5 |
| 12/13/05 | 32264 | Cabezas-Cupe, Augustin | 0 | 5 |
| 12/13/05 | 32265 | Correa-Zagarra, Juan Carlos | 0 | 5 |
| 12/13/05 | 32267 | Torres Villacorta, Onesimo | 0 | 5 |
| 12/13/05 | 32269 | Vargas-Zavala, Juan Carlos | 0 | 5 |
| 12/13/05 | 32312 | Garro-Marcos, Rosmer | 0+ | 5 |
| 12/13/05 | 32313 | Flores-Castro, Basilio | 0+ | 5 |
| 12/13/05 | 32314 | Arrunategui-Aldana, Javier | 0+ | 5 |
| 12/13/05 | 32315 | Gamboa-Almeida, Jorge | 0+ | 5 |
| 12/13/05 | 32316 | Olivares-Sarmiento, David | 0+ | 5 |
| 12/13/05 | 32317 | Mas-Tauma, Oscar | 0+ | 5 |

English Proficiency Exams - TCNs in Kabul

| Day | Schedule ID | Name | ILR Score | CD # |
|-----|-------------|------|-----------|------|
| 12/13/05 | 32318 | Cordova Acaro, Osmer | 0+ | 5 |
| 12/13/05 | 32225 | Morocho, Saul | 1+ | 5 |
| 12/14/05 | 32344 | Roca-Seldo, Ramiro | | 6 |
| 12/14/05 | 32365 | Puente-Quispe, Amadeo | | 6 |
| 12/14/05 | 32333 | Uchuya Chavez, Geralrdo | 0 | 6 |
| 12/14/05 | 32339 | Castillo Gamboa, Pedro Antonio | 0 | 6 |
| 12/14/05 | 32340 | Rodriguez-Vasquez, Hugo | 0 | 6 |
| 12/14/05 | 32341 | Carrillo-Puma, Amario | 0 | 6 |
| 12/14/05 | 32342 | Bastidas, Jesus | 0 | 6 |
| 12/14/05 | 32345 | Santiesteban Morales, Jose | 0 | 6 |
| 12/14/05 | 32346 | Arevalo-Apaestegui, Jesus | 0 | 6 |
| 12/14/05 | 32348 | Rivera-Agurto, Amilcar | 0 | 6 |
| 12/14/05 | 32349 | Chachua-Cardenas, Felipe | 0 | 6 |
| 12/14/05 | 32350 | De la Rosa Flores, Freddy | 0 | 6 |
| 12/14/05 | 32363 | Angeles Mendoza, Jose | 0 | 6 |
| 12/14/05 | 32369 | Yauri-Escalante, Orlando | 0 | 6 |
| 12/14/05 | 32370 | Ravelo Quispe, Walter | 0 | 6 |
| 12/14/05 | 32347 | Castro-Rugel, Juan | 0+ | 6 |
| 12/14/05 | 32364 | Castro-Rugel, Juan | 0+ | 6 |
| 12/14/05 | 32366 | Zevallos-Vicharra, Simel | 0+ | 6 |
| 12/14/05 | 32367 | Quispe-Gomez, Lucio | 0+ | 6 |
| 12/14/05 | 32368 | Rojas, Wilmar | 0+ | 6 |
| 12/14/05 | 32355 | Santos, Alberto | 1+ | 6 |
| 12/14/05 | 32357 | Santos, Alberto | 1+ | 6 |
| 12/14/05 | 32343 | Daniel-Vila, Nestor | 2 | 6 |
| 12/14/05 | 32334 | Reyes-Flores, Julio | 0 | 7 |
| 12/14/05 | 32335 | Chavez-Sarabia, Milton | 0 | 7 |
| 12/14/05 | 32336 | Villacorta-Alayo, Luis | 0 | 7 |
| 12/14/05 | 32337 | Agapito-Carrera, Manuel | 0 | 7 |
| 12/14/05 | 32380 | Alvarado Larico, Douglas | 0 | 7 |
| 12/14/05 | 32381 | Roalcaba-Zarate, Samaliel | 0 | 7 |
| 12/14/05 | 32386 | Cotrina-Panchy, Jorge | 0 | 7 |
| 12/14/05 | 32392 | Ushnahua Del Castillo, Adler | 0 | 7 |
| 12/14/05 | 32382 | Arce-Sanchez, Carlos | 0+ | 7 |
| 12/14/05 | 32383 | Perez-Atoche, Hugo | 0+ | 7 |
| 12/14/05 | 32384 | Rojas, Jose Antonio | 0+ | 7 |
| 12/14/05 | 32387 | Ravelo Quispe, Walter | 0+ | 7 |
| 12/14/05 | 32388 | Cajma, Fredy | 0+ | 7 |
| 12/14/05 | 32389 | Rivera-Gallo, Renzo | 0+ | 7 |
| 12/14/05 | 32391 | Aponte-Anton, Luis | 0+ | 7 |
| 12/14/05 | 32390 | Arevelo-Davila, Luis | 0+ | 7 |
| 12/14/05 | 32385 | Zubiate, Alvaro | 2 | 7 |
| 12/14/05 | 32319 | Quispe Flores, Jose | 0 | 8 |
| 12/14/05 | 32426 | Albuquerque, Jorge | 0+ | 8 |
| 12/14/05 | 32435 | Gonzalez-Cutipa, Jose | 0+ | 8 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

3D GLOBAL SOLUTIONS, INC.   *
            *
   Plaintiff      *
            *
vs.          *  Case No. 1:06cv00722(GK)
            *
MVM, INC.       *
            *
   Defendant     *
            *

## AFFIDAVIT OF DARIO MARQUEZ, JR.

COMES NOW, DARIO MARQUEZ, JR., President of the Defendant, MVM, INC., a California Corporation, and first being sworn says as follows:

1.  I am the President of MVM, INC., a California Corporation, which was awarded a contract in July 2005 by the United States Department of State (hereinafter "DOS"), to provide security guards to the United States Embassy in Kabul, Afghanistan for the contract amount of $23.7 Million Dollars (hereinafter "Afghanistan Contract").

2.  MVM, INC. and the Complainant, 3D GLOBAL SOLUTIONS, INC., (hereinafter "3D"), entered into a contract, dated September 22, 2005, under which 3D agreed to supply MVM, INC. with third party national security personnel (hereinafter "TCNs") in support of MVM's contract with the DOS (hereinafter "3D Contract").

3.  The 3D Contract required 3D to provide TCNs to work on the Afghanistan Contract, and to certify to MVM, INC. that the TCNs spoke English at a specified proficiency level. MVM, INC. explained the English-speaking requirements in detail to 3D before the execution of the contract. Such English-speaking requirements are clearly



stated and set out in the 3D Contract. Such English-speaking requirements are the same English-speaking requirements as are contained in the Afghanistan Contract.

4.      The 3D Contract permitted MVM to immediately terminate the 3D Contract by written notice to 3D, in the event that the DOS terminated its contract with MVM to provide security guards to the United States Embassy in Kabul, Afghanistan under the Afghanistan Contract.

5.      MVM, INC. issued two task orders to 3D under the 3D Contract. The first task order requested sixty-five (65) TCN guards for deployment to Kabul, Afghanistan, and the second task order requested a total of one hundred sixty-five (165) TCN guards (compromised of 145 TCN guards and 20 TCN senior guards) for deployment to Kabul, Afghanistan.

6.      Pursuant to the 3D Contract and the two task orders, 3D recruited from Peru two hundred thirty (230) TCNs to Kabul, Afghanistan.

7.      On December 2, 2005, the DOS informed MVM, INC. that the security guards sent by 3D to Kabul did not meet the minimum English-speaking language requirements, despite the fact that 3D had certified language proficiency for each TCN.

8.      An independent language-testing company, ALTA Language Services, Inc., was retained and employed by MVM, INC. to determine which TCNs met the English language proficiency level required by the Afghanistan Contract and the 3D Contract. ALTA determined that the vast majority (approaching nearly 90%) of the TCNs failed to speak English at the required proficiency level.

9.      On December 21, 2005, the DOS terminated its contract with MVM, INC. for default because the TCNs could not speak English at the proficiency level required by

the DOS in the Afghanistan Contract, which was the same English proficiency level required by MVM, INC. in the 3D Contract, thereby preventing the TCNs from providing the necessary security to the U.S. Embassy.

10.    On December 22, 2005, MVM, INC. ordered 3D to suspend its recruiting and deployment efforts under the 3D Contract. On December 23, 2005, MVM, INC. terminated the 3D Contract because 3D defaulted in its obligations to provide TCNs who were able to speak English at the proficiency level required by the 3D Contract.

11.    3D's failure to provide TCNs who were able to speak English at the proficiency level required by the 3D Contract, which was the same English proficiency level required by the DOS in the Afghanistan Contract, directly caused the DOS to terminate its contract with MVM, INC. to provide security guards to the United States Embassy in Kabul, Afghanistan.

12.    MVM, INC. was notified by the DOS that the TCNs were unable to perform and accept training because of their language barriers.

13.    Pursuant to the terms of the Afghanistan Contract, MVM, INC. had a start-up date of December 22, 2005.

14.    3D and its President, MIKE DODD, knew of the start-up date for the Afghanistan Contract. The Afghanistan Contract was to commence less than three weeks after MVM was made aware of the TCNs' lack of English proficiency. There was not enough time to recruit, interview and test additional TCNs and deliver their completed employment packages to the DOS for its approval. Travel arrangements and training would also have to occur in this small window of time, which was simply not possible. The DOS was not prepared to extend the start up date for the Afghanistan Contract.

15.    MVM, INC. made numerous proposals and suggestions to the DOS in an effort to cure the TCNs' lack of proficiency in English, such as bringing in bi-lingual United States Nationals and sending English language instructors to bring up the TCNs' proficiency levels to meet the minimum contract requirements.    None of MVM's proposals were acceptable to the DOS.

16.    I personally met with officials from the DOS, as did other MVM representatives, in attempts to appease the DOS so the TCNs would be accepted as presently constituted.  The DOS would not allow for "on the job training" with respect to the language requirements, because the TCNs lack of proficiency in English severely limited their ability to function as security personal to the U.S. Embassy.

17.    I am fluent in Spanish.  After MVM was made aware of the language problem with the TCNs, I witnessed TCN classes and training exercises.  The classes and training exercises were being conducted in English, but translated into Spanish for the TCNs. I spoke with the TCNs, and it was clear and certain to me that the vast majority of the TCNs supplied by 3D did not meet the English language proficiency requirements of the 3D Contract.  I communicated with the vast majority of the TCNs in Spanish. This was later confirmed with testing by ALTA, which was conducted at MVM's expense to determine the TCNs' English proficiency levels.  Further, the TCNs were unable to pass the weapons qualifications because of their limited English.  The TCNs were unable to follow simple instructions in English, which further amplified their inability to provide adequate security and interact with the Embassy personnel. Furthermore, many of the TCNs lacked military/police background, as required by the 3D Contract.

18.    The termination of the Afghanistan Contract for default by the DOS was converted into a Termination for Convenience pursuant to a Settlement Agreement dated March 23, 2006, by and between the United States Government and MVM, INC. As a direct result of the termination, (either for default or convenience) MVM suffered significant losses. These losses amounted to sums in excess of Three Million Dollars ($3,000,000.00) above the amount paid to MVM, INC. by the United States Government pursuant to the Settlement Agreement.

19.    Any monies received by MVM, INC. from the United States Government, pursuant to the aforesaid settlement, in no way fully compensated MVM for the monies it expended on and for the Afghanistan Contract, which included, among other things, salaries, transportation, travel, food, clothing, housing, equipment, vehicles, etc. These monies represented a partial reimbursement of actual, out-of-pocket expenses and expenditures incurred by MVM, INC.

20.    Under the terms of the 3D Contract, MVM had the right to terminate the contract upon a material breach by 3D. The TCNs' lack of English proficiency was a material breach of the contract for which MVM, INC. terminated the 3D Contract. Had MVM, INC. not terminated 3D for material breach, under the terms of the 3D Contract, upon any termination by the United States Government of the Afghanistan Contract, MVM had the right to terminate the 3D Contract.

[The remainder of this page intentionally left blank.]

AND FURTHER YOUR AFFIANT SAITH NOT.

DARIO MARQUEZ, JR.

STATE OF VIRGINIA
CITY/COUNTY OF _Fairfax_____, to wit:

THIS DAY personally appeared before me, a notary public in and for the

Commonwealth of Virginia at large, DARIO MARQUEZ, JR., as President of

MVM, INC., a California Corporation, whose name is subscribed to the foregoing

document and, having been first duly sworn according to law, deposes and states

that the information contained in said document is true and correct to the best of

said affiant's knowledge and belief.

GIVEN under my hand and official seal on this 28E day of March 2008.

Notary Public  VA. Reg# 118880

My Commission Expires: 11/30/2011

HERBERT S. ROSENBLUM, ESQUIRE
Virginia Bar No. 006125
Counsel for Defendant
P.O. Box 58
526 King Street, Suite 211
Alexandria, Virginia 22313
Telephone: 703/684-0060
Facsimile: 703/684-0072

- 6 -



Regional Procurement Support Office
American Consulate General
U.S. Department of State
Geissener Strasse 30
60435 Frankfurt am Main, Germany

December 21, 2005

Dario Marquez
President
MVM, Inc.
Suite 700, 1593 Spring Hill Road
Vienna, VA 22182

Contract No. SGE500-05-C-1071
Embassy Security Force Contract for Kabul, Afghanistan

Dear Mr. Marquez:

Effective immediately Contract No. SGE500-05-C-1071 ("the Contract") is completely terminated for default per clause 52.249-8. Your firm's right to proceed under the Contract is terminated in its entirety. All work should immediately stop.

The Contract is being terminated due to your firm's failure to complete transition and commence full performance by December 22, 2005, the extended date to complete transition mutually agreed to in lieu of the date required by Section H.10 of the Contract. The Contract is terminated in full. Please note that the services terminated may be purchased against the contractor's account, and that your firm will be held liable for any excess costs. I have determined that your firm's failure to complete transition and commence full performance is not excusable. This notice of termination constitutes such decision. The Government reserves all rights and remedies provided by law or under the contract, in addition to charging excess costs. This notice constitutes a decision that your firm is in default as specified. Your firm has the right to appeal under the Disputes clause.

Your firm shall present a plan to commence the immediate vacating of the Government provided facility in Kabul, Afghanistan. You shall complete the removal of all staff and employees no later then 25 days from this notice.



EXHIBIT
4

You shall promptly replace the ammunition that MVM borrowed from DOS for training purposes and return to DOS (via the Regional Security Officer) all Government-furnished property in MVM's possession,

Christopher P. Sager
Contracting Officer

2

**MVM**

SECURITY & STAFFING SERVICES

December 23, 2005

VIA FACSIMILE: 866-238-6761

Mike Dodd
3D Global Solutions, Inc.
12898 Pontell Place
Westfield, Indiana 46074

Re: Agreement for Recruiting Services by and between 3D Global Solutions, Inc. and
MVM, Inc. dated September 26, 2005 (the "Agreement")

Dear Mr. Dodd:

Further to our letters dated December 14, 2005 and December 22, 2005, MVM, Inc. ("MVM")
hereby notifies 3D Global Solutions, Inc. ("3D") that 3D is in default of its obligations under the
Agreement to provide to MVM third party national security guards ("TCNs") who meet the
qualifications stated in Paragraph B of the Agreement, including but not limited to, the
qualification that each TCN speak English at the proficiency level required by the Agreement.
Therefore, pursuant to Paragraph F of the Agreement, MVM hereby terminates the Agreement
for material breach thereof effective immediately upon receipt of this letter.

MVM's exercise of its rights and remedies described herein shall not be deemed a waiver of, nor
shall MVM waive, any other rights and remedies MVM may have under the Agreement or under
any applicable law, including but not limited to MVM's right to seek and recover damages for
breach of the Agreement and damages for any costs and expenses relating to the exercise of such
rights and remedies.

Very truly yours,

Robert Rubin
Senior Vice President

**MVM, Inc.**
*Service Support Success*
1593 Spring Hill Road · Suite 700 · Vienna, VA 22182
Telephone: (703) 790-3138 · Fax: (703) 827-0780 · VA Lic. #11-1259

EXHIBIT
5