# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **3D GLOBAL SOLTIONS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:06-cv-722(GK)** |
| **v.** | ) | |
| | ) | |
| | ) | |
| **MVM, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## ERRATA

COMES NOW, Plaintiff 3D Global Solutions, Inc., by and through its counsel, Athan T.

Tsimpedes, and submits this Errata pleading to correct the incorrect filing of Exhibit #6

(MVM's Discovery Reponses) that was filed upside down.  The corrected Exhibit #6 is

attached herein.


Respectfully submitted,

_____/s/_____
Athan Tsimpedes
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
202-638-2100
atsimpedes@comcast.net
Attorney for 3D GLOBAL SOLUTIONS, INC.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing OPPOSITION TO DEFENDANT'S MOTION TO COMPEL was sent by U.S. mail, first class, postage prepaid, on this 4th day of April, 2008, upon the following:

      Herbert Rosenblum, Esq.
      526 King St # 211
      Alexandria, VA 22314


_____

Athan Tsimpedes