UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC. ) | |
| ) | Civil Action No. 1:06-cv-722(GK) |
| Plaintiff ) | |
| v. ) | |
| ) | |
| MVM, INC. ) | |
| Defendant ) | |
| _____ ) | |

**CONSENT MOTION FOR CONTINUANCE OF PRETRIAL SET FOR MAY 6, 2008.**

Plaintiff, 3D Global Solutions, Inc., by and through its counsel, Athan T. Tsimpedes, with the consent of Defendant's counsel, pursuant to the Federal Rules of Civil Procedure, hereby moves to continue the pretrial scheduled on May 6, 2008. In support, and for good cause, Plaintiff states the following:

1. Dispositive Motions have been filed and pending before the court.

2. Discovery has been completed.

3. Pretrial is set for May 6, 2008 at 4:15 pm.

4. As this court is aware, Plaintiff's counsel has been battling unforeseen medical conditions requiring extensive and periodic hospitalization. Plaintiff's counsel has substantially improved his medical conditions with the assistance this court and opposing counsel. However, managed care and treatment has been routine for Plaintiff's counsel in order to improve his conditions.

5. Plaintiff's counsel was recently required to have administered several cardiac tests that cannot be delayed due to the coordination of tests necessary to properly evaluate Plaintiff's counsel's health condition that have a spatial requirement. Due to the limit in facilities capable of performing these tests and the time frame requirement, that also necessitates the presence of counsel's cardiologist, May 5, 6 and May 12 and 13, 2008 at Advanced Cardiology in Rockville, MD, the Plaintiff with the consent of the Defendant seek a continuance for the Pretrial Hearing.

6.   This case has substantially moved along since Plaintiff's counsel's initial hospitalizations with only the pretrial and outstanding motions remaining for this court to address.   This motion is not sought to delay but in the interests of justice.

7.   Out of an abundance of caution, Plaintiff's counsel has been scheduled for cardiac tests that conflict with the May 6, 2008 Pretrial Hearing set in this matter.

8.   A brief continuance of the Pretrial in the amount of 30 days is necessary to accommodate Plaintiff's counsel's recently required testing for his health.  Plaintiff's counsel is not expected to have any complications or set backs but rather further improvement and possibly reduction in medication allowing further progress and recovery in his health.

9.   Additionally, Plaintiff's counsel and Defendant's counsel are scheduled to meet tomorrow, Thursday, May 1, 2008 to work on the Joint Pretrial Statement in this matter to further move this case along.

   WHEREFORE, Plaintiff, with the consent of Defendant, respectfully requests that the Pretrial hearing set for May 6, 2008 at 4:15 pm be set 30 days thereafter, on June 6, 2008 or any date chosen by this court.

Dated: April 30, 2008                                                      Respectfully submitted,

                                                                                          LAW OFFICES OF ATHAN T.
                                                                                          TSIMPEDES

                                                                                          _____/s/_____
                                                                                          Athan T. Tsimpedes
                                                                                          Bar No. 452341
                                                                                          1420 New York Avenue, NW
                                                                                          7th Floor
                                                                                          Washington, DC 20005
                                                                                          202-638-2100
                                                                                          202-449-3499 (fax)
                                                                                          *Attorney for 3D Global Solutions Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 3D GLOBAL SOLUTIONS, INC. ) | |
| ) | Civil Action No. 1:06-cv-722(GK) |
| **Plaintiff** ) | |
| **v.** ) | |
| ) | |
| MVM, INC. ) | |
| **Defendant** ) | |
| _____ ) | |

### STATEMENT OF POINTS AND AUTHORITIES

(1)   L.Cv.R.   7;

(2)   L.Cv.R.   16.1(a)


Dated: April 30, 2008                      Respectfully submitted,


                                           _____/s/_____
                                           Athan T. Tsimpedes
                                           Bar No. 452341
                                           1420 New York Avenue, NW
                                           7`" Floor
                                           Washington, DC: 20005 202-638-2100
                                           202-449-3499 (fax)
                                           *Attorney for 3D Global Solutions Inc.*