UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**3D GLOBAL SOLUTIONS, INC.** )
                                                 )    Civil Action No. 1:06-cv-722(GK)
    **Plaintiff**                      )
**v.**                                            )
                                                 )
**MVM, INC.**                        )
    **Defendant**                  )
_____ )

**ORDER**

UPON CONSIDERATION of the CONSENT MOTION FOR CONTINUANCE, it is this _____ day of _____, 2008. ORDERED that the Consent

Motion for Continuance is GRANTED: it is further ORDERED that the Pretrial Hearing set in this matter for May 6, 2008 is continued until June _____ , 2008 at _____ am/pm.

SO ORDERED.

                                                             _____
                                                             JUDGE, United States District Court
                                                             For The District of Columbia.

Copies to:

| | |
|---|---|
| Athan T. Tsimpedes | Herbert S. Rosenblum |
| 1420 New York Ave., NW | 526 King Street, Suite 211 |
| 7''' Floor | Alexandria, VA 22314 |
| Washington. D.C. 20005 | |