UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
3D GLOBAL SOLUTIONS, INC.,          )
                                    )
       Plaintiff,                   )
                                    )
   v.                               )   Civil Action No. 06-722 (GK)
                                    )
MVM, INC.,                          )
                                    )
       Defendant.                   )
_____)

### ORDER

A status conference was held in this case on June 2, 2008. Upon consideration of the representations of the parties and the entire record herein, it is hereby

**ORDERED** that the parties shall file a joint praecipe within **one week** of the date of this order concerning whether they wish this case to be referred to the Court's Mediation Program; it is further

**ORDERED** that if the case is referred to the Mediation Program, the parties shall file a joint praecipe concerning the progress of mediation by **September 1, 2008**; it is further

**ORDERED** that Plaintiff shall have until **June 12, 2008** to file a second amended complaint that pleads fraud and constructive fraud with the particularity required by **Fed. R. Civ. P. 9(b).**

June 2, 2008

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**