UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **3D GLOBAL SOLUTIONS, INC.** )<br> )<br> **Plaintiff** )<br>v. )<br> )<br>**MVM, INC.** )<br> )<br> **Defendant** )<br>_____) | **Civil Action No. 1:06-cv-722(GK)** |

**PRAECIPE**

TO THE CLERK OF THE COURT:

Plaintiff, 3D Global Solutions, Inc., by and through its counsel, Athan T. Tsimpedes, with the Defendant MVM Inc. and its counsel, submit this Praecipe to inform the court that the parties have agreed to attempt to resolve this matter through non-binding mediation. The parties will agree upon a mediator within the next two weeks and conduct mediation as prescribed by this court on June 2, 2008. The Plaintiff will notify the court of the outcome of the mediation.

Dated: 6/10/08

Respectfully submitted,

_____/s/_____
Athan T. Tsimpedes
1420 New York Avenue, NW
7th Floor
Washington, DC 20005
202-638-2100
202-449-3499 (fax)

*Attorney for 3D Global Solutions Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June 2008, a correct copy of the foregoing document was sent by U.S. mail, first class, postage prepaid, and electronic mail on:

Herbert Rosenblum, Esq.
Law Offices of Herbert Rosenblum
526 King Street Suite 211
Alexandria, VA 22313


____/s/_____
Athan T. Tsimpedes